**THE GLOBECON GROUP, LTD.**                                                    **MODULE**

WHOLESALE BANKER LEARNING SYSTEM

# Relative Value Concepts

For information contact:

The Globecon Group, Ltd.
71 Murray Street, 10th fl.
New York, NY 10007
(212) 608-1160  phone
(212) 227-0443  fax

Copyright 1995
The Globecon Group, Ltd.



**THE GLOBECON GROUP, LTD.**                                                      **MODULE**

WHOLESALE BANKER LEARNING SYSTEM

# Relative Value Concepts

**DURATION AND CONVEXITY**

Below is a picture of the price-yield relationship for the U.S. Treasury long bond in early May 1995:



*Copyright 1995*
*The Globecon Group, Ltd.*

**THE GLOBECON GROUP, LTD.** <span style="float:right">**MODULE**</span>

WHOLESALE BANKER LEARNING SYSTEM

This bond has the following characteristics:

| | |
|---|---|
| Settlement: | 2-May-95 |
| Issue: | 15-Feb-95 |
| Maturity: | 15-Feb-25 |
| Coupon: | 7 5/8 % |
| Price: | 103 11/32 |
| Accrued: | 1.6008 |
| Dirty Price: | 104.9446 |
| YTM: | 7.3456% |

Modified duration does a reasonable job of describing price changes for small changes in the bond's YTM. For larger changes, however, it does not do a very good job:




**THE GLOBECON GROUP, LTD.**                                                                   **MODULE**

WHOLESALE BANKER LEARNING SYSTEM

Interestingly, modified duration is "wrong" in the same way whether rates move up or down. Its price prediction is **always below the true price**.

### Risk Structure of Interest Rates

Bonds with greater duration have greater price risk. The yield curve compares yields on bonds with different maturities in order to obtain information about yield and maturity.

It is therefore reasonable to ask if there is a relationship between yield and price risk, or, more specifically, duration. The table below compares maturities and YTM for U.S. Treasuries having approximately 20 years remaining maturity in early May 1995.

| Maturity | Coupon | Price | YTM | Modified Duration |
|----------|--------|-------|-----|-------------------|
| 15-Feb-15 | 11 1/4 % | 139 10/32 | 7.4255% | 9.3628 |
| 15-Aug-15 | 10 5/8 % | 133  4/32 | 7.4351% | 9.5637 |
| 15-Nov-15 | 9 7/8 % | 125 13/32 | 7.4412% | 9.5491 |
| 15-Feb-16 | 9 1/4 % | 118 27/32 | 7.4514% | 9.9062 |
| 15-May-16 | 7 1/4 % | 97 29/32 | 7.4482% | 10.2487 |
| 15-Nov-16 | 7 1/2 % | 100 18/32 | 7.4467% | 10.2782 |
| 15-May-17 | 8 3/4 % | 113 23/32 | 7.4706% | 10.0543 |

We can look at this particular portion of the yield curve graphically in the usual way:

*Copyright 1995*
*The Globecon Group, Ltd.*

WHOLESALE BANKER LEARNING SYSTEM



The yield on the bond maturing 15 February 2016 looks about a basis point too high, but otherwise the curve is fairly ordinary-looking.

We can also compare yield with duration:

Copyright 1995
The Globecon Group, Ltd.



**THE GLOBECON GROUP, LTD.**      **MODULE**

WHOLESALE BANKER LEARNING SYSTEM



Because its coupon is some 1.25% higher than the bonds maturing in May and November 2016, the May 2017 bond has a **lower** duration. By trading it at a slightly higher yield, the market would seem to be underpricing it slightly, given its lower risk.

**Bond Swaps**
Bond swaps are sometimes structured based on this logic. for example, an investor might wish to increase yield while decreasing risk. In that case he could:

| Action | Maturity | Coupon | Price | YTM | Modified Duration |
|--------|----------|--------|-------|-----|-------------------|
| Sell | 15-Nov-16 | 7 1/2 % | 100 18/32 | 7.4467% | 10.2782 |
| Buy | 15-May-17 | 8 3/4 % | 113 23/32 | 7.4706% | 10.0543 |

*Copyright 1995*
*The Globecon Group, Ltd.*

**Approximating the "True" Price-Yield Curve**
In the graph above, we saw that duration does a good job of predicting a bond's price only for relatively small changes in yield.

To better approximate the price for larger changes in yield we need to use convexity:



**Price-Yield Curve**
**30-Year Treasury**

As can be seen in the graph above, convexity is a desirable quality **for the owner of a bond**. The greater the convexity, the better the bond's performance when yields move lower.

The greater the convexity, the less risk of price drops when yields move higher.

*Copyright 1995*
*The Globecon Group, Ltd.*

WHOLESALE BANKER LEARNING SYSTEM

## DUMBBELL-BULLET ANALYSIS

A trading strategy employing views on the shape of the yield curve might be to trade two bonds — one short in maturity and the other long — against a third bond of medium maturity.

The combination of the two bonds is called a ***dumbbell*** (the name for a piece of weightlifting equipment consisting of a hand-held weight with a disk-shaped weight on each end).

The single bond is called a ***bullet***.

The goal of this trade is to create arbitrage profits without taking any risk.  We are thus looking to take a long position in one and a short position in the other such that the two positions have equal duration risk and market values.

To illustrate this trading strategy, let us use the following three bonds (value date is 2 May 1995):

| Bond | Maturity | Coupon | Price | Accrued | Dirty Price | YTM | Dollar Duration |
|------|----------|--------|-------|---------|-------------|-----|-----------------|
| A | 15-Feb-00 | 7 1/8 % | 100 29/32 | 1.4959 | 102.4021 | 6.8960% | 4.0451 |
| B | 15-Feb-15 | 11 1/4 % | 139 10/32 | 2.3619 | 141.6744 | 7.4255% | 13.2629 |
| C | 15-Feb-05 | 7 1/2 % | 102 31/32 | 1.5746 | 104.5433 | 7.0724% | 7.1131 |

Bond A is a 5-year Treasury bond.

Bond B is a 20-year Treasury bond, one of those examined above.

Bond C is a 10-year Treasury bond.

The dumbbell will consist of a position in bonds A and B.

The bullet will be a position in C.

Dollar duration is calculated by multiplying the modified duration times the bond's dirty price. It represents the amount of absolute price change the bond will have for a 1% change in interest rates.

This can be shown by using Bond A.

Copyright 1995
The Globecon Group, Ltd.

THE GLOBECON GROUP, LTD.                                                    MODULE

WHOLESALE BANKER LEARNING SYSTEM

Duration is calculated as follows. Each cash flow is priced, and then multiplied by time. In the exhibit below, PV factors are based on the bond's YTM, calculated using the A/A convention. Time is based on A/A days.

| Date | Cash Flow | PV Factor | CF PV | Time | PV × T |
|------|-----------|-----------|-------|------|--------|
| 2-May-95 | | | 102.3983% | | 4.091129 |
| 15-Aug-95 | 3.5625% | 0.980390 | 3.4926% | 0.287671 | 0.010047 |
| 15-Feb-96 | 3.5625% | 0.947845 | 3.3767% | 0.791781 | 0.026736 |
| 15-Aug-96 | 3.5625% | 0.916253 | 3.2642% | 1.290411 | 0.042121 |
| 17-Feb-97 | 3.5625% | 0.885382 | 3.1542% | 1.800000 | 0.056775 |
| 15-Aug-97 | 3.5625% | 0.856193 | 3.0502% | 2.290411 | 0.069862 |
| 16-Feb-98 | 3.5625% | 0.827500 | 2.9480% | 2.797260 | 0.082462 |
| 17-Aug-98 | 3.5625% | 0.799769 | 2.8492% | 3.295890 | 0.093906 |
| 15-Feb-99 | 3.5625% | 0.773402 | 2.7552% | 3.794521 | 0.104548 |
| 16-Aug-99 | 3.5625% | 0.747484 | 2.6629% | 4.293151 | 0.114323 |
| 15-Feb-00 | 103.5625% | 0.722705 | 74.8452% | 4.794521 | 3.588467 |

Duration is the sum of the cash flow PVs times time, divided by the bond's dirty price.

Modified duration is duration divided by 1 plus YTM:

$$\text{Modified Duration} = \frac{4.091129}{\left(1 + \dfrac{6.8960\%}{2}\right)} = 3.95$$

Modified duration times the bond's dirty price gives us the dollar duration:

$$\text{Dollar Duration} = 3.95 \times 102.3983\% = 4.05$$

Dollar duration can be interpreted as the absolute amount of price change resulting from a 1% change in the bond's YTM.

We need to take a position in Bonds A and B which has the same market value as Bond C. That way, we can finance the trade.

At the same time we want the dollar duration of both positions to be the same. For small movements in interest rates, our two positions will have the same risk.

The first condition might be described as follows:

$$Z \times \left[ X \times MV_A + (1 - X) \times MV_B \right] = MV_C$$

where:

|  |  |
|---|---|
| Z = | The percent of face value of A and B needed to equal C |
| X = | The percent of A needed |
| 1–X = | The percent of B needed |
| MV = | The market value of each asset |

The second condition can be described similarly as follows:

Copyright 1995
The Globecon Group, Ltd.

THE GLOBECON GROUP, LTD.                                                    MODULE

WHOLESALE BANKER LEARNING SYSTEM

$$Z \times \left[ X \times DD_A + (1 - X) \times DD_B \right] = DD_C$$

where:

$Z =$    The percent of face value of A and B needed to equal C
$X =$    The percent of A needed
$1{-}X =$    The percent of B needed
$DD =$    The dollar duration of each asset

Using algebra, we can "solve" these two equations simultaneously to determine the exact amounts of A and B needed to exactly offset both the market value and dollar duration of C. Doing so we obtain the following equation for Z:

$$Z = \frac{DD_C - MV_C \times R}{DD_B - MV_B \times R}$$

$$\text{where: } R = \frac{DD_A - DD_B}{MV_A - MV_B}$$

The percent of Bond A can then be calculated as follows:

$$X = \frac{DD_B \times Z - DD_C}{DD_B \times Z - DD_A \times Z}$$

Using the above equations we can solve for the following amounts of A and B:

$X$    55.3570%
$1{-}X$    44.6430%
$Z$    87.1671%

The market value of the dumbbell is equal to the market value of Bond C:

$$87.1671\% \times \left[ 55.3570\% \times 102.4021 + 44.6430\% \times 141.6744 \right] = 104.5433 = MV_C$$

The dollar duration of the dumbbell is also equal to that of Bond C:

$$87.1671\% \times \left[ 55.3570\% \times 4.0451 + 44.6430\% \times 13.2629 \right] = 7.1131 = DD_C$$

The yield of the dumbbell can be calculated several different ways: weighted average yield, cash flow yield or horizon yield. For now we use the simple weighted average yield.

This is calculated using the respective market value percentages as weights:

$$55.3570\% \times 6.8960 + 44.6430\% \times 7.4255 = 7.1324\%$$

We can now describe our two possible positions more completely:

| **Bond** | **Maturity** | **Coupon** | **Price** | **Accrued** | **Dirty Price** | **YTM** | **Dollar Duration** |
|---|---|---|---|---|---|---|---|

Copyright 1995
The Globecon Group, Ltd.

WHOLESALE BANKER LEARNING SYSTEM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C | 15-Feb-05 | 7 1/2 % | 102 31/32 | 1.5746 | 104.5433 | 7.0724% | 7.1139 |
| Dumbbell | | | | | | | |
| A | 15-Feb-00 | 7 1/8 % | 100 29/32 | 1.4959 | 49.4122 | 6.8960% | 1.9521 |
| B | 15-Feb-15 | 11 1/4 % | 139 10/32 | 2.3619 | 55.1311 | 7.4255% | 5.1618 |
| Total | | | | | 104.5433 | 7.1324% | 7.1139 |

## Arbitrage Result Number 1

This yields a not-very-interesting result:  It appears that we can grab a yield gain of only 0.06% by buying the Dumbbell and selling Bond C.  The transaction is self-financing and of identical dollar duration.  Intuitively, it seems reasonable that the yields should be about the same.

But is the yield difference calculated correctly?

## Relative Value

In addition to weighted average yield, we can also compare the yields on the dumbbell and the bullet two other ways:  cash flow yield and horizon yield.

Both of these are "better" ways of looking at the relative value of each strategy.

## Cash Flow Yield

Calculating the simple average of the yields to maturity of the constituent bonds is a very rough approximation of the dumbbell's actual YTM.

This is because the two bonds have very different maturities.

YTM should be understood to be the single cash flow discounting rate which, when used to price each of the cash flows in the dumbbell, returns their aggregate market value.

There is no easy way to solve for this YTM.  The easiest approach is to set it up on a spreadsheet and find the yield value through a solver function.

Copyright 1995
The Globecon Group, Ltd.

**THE GLOBECON GROUP, LTD.**                                                    **MODULE**

WHOLESALE BANKER LEARNING SYSTEM

**Solving for Cash Flow YTM Iteratively**
The cash flows in the dumbbell are as follows:

| Date | Cash Flow | PV Factor | CF PV | Time |
|------|-----------|-----------|-------|------|
| 2-May-95 | | 1.000000 | 104.5433% | |
| 15-Aug-95 | 3.9079% | 0.979318 | 3.8271% | 0.287671 |
| 15-Feb-96 | 3.9079% | 0.945064 | 3.6932% | 0.791781 |
| 15-Aug-96 | 3.9079% | 0.911867 | 3.5635% | 1.290411 |
| 17-Feb-97 | 3.9079% | 0.879489 | 3.4370% | 1.800000 |
| 15-Aug-97 | 3.9079% | 0.848930 | 3.3176% | 2.290411 |
| 16-Feb-98 | 3.9079% | 0.818948 | 3.2004% | 2.797260 |
| 17-Aug-98 | 3.9079% | 0.790025 | 3.0874% | 3.295890 |
| 15-Feb-99 | 3.9079% | 0.762576 | 2.9801% | 3.794521 |
| 16-Aug-99 | 3.9079% | 0.735643 | 2.8748% | 4.293151 |
| 15-Feb-00 | 52.1611% | 0.709943 | 37.0314% | 4.794521 |
| 15-Aug-00 | 2.1889% | 0.685005 | 1.4994% | 5.293151 |
| 15-Feb-01 | 2.1889% | 0.660943 | 1.4467% | 5.797260 |
| 15-Aug-01 | 2.1889% | 0.637726 | 1.3959% | 6.293151 |
| 15-Feb-02 | 2.1889% | 0.615325 | 1.3469% | 6.797260 |
| 15-Aug-02 | 2.1889% | 0.593711 | 1.2996% | 7.293151 |
| 17-Feb-03 | 2.1889% | 0.572629 | 1.2534% | 7.802740 |
| 15-Aug-03 | 2.1889% | 0.552733 | 1.2099% | 8.293151 |
| 16-Feb-04 | 2.1889% | 0.533212 | 1.1672% | 8.800000 |
| 16-Aug-04 | 2.1889% | 0.514482 | 1.1262% | 9.298630 |
| 15-Feb-05 | 2.1889% | 0.496508 | 1.0868% | 9.800000 |
| 15-Aug-05 | 2.1889% | 0.479067 | 1.0486% | 10.295890 |
| 15-Feb-06 | 2.1889% | 0.462239 | 1.0118% | 10.800000 |
| 15-Aug-06 | 2.1889% | 0.446002 | 0.9763% | 11.295890 |
| 15-Feb-07 | 2.1889% | 0.430336 | 0.9420% | 11.800000 |
| 15-Aug-07 | 2.1889% | 0.415219 | 0.9089% | 12.295890 |
| 15-Feb-08 | 2.1889% | 0.400634 | 0.8770% | 12.800000 |
| 15-Aug-08 | 2.1889% | 0.386561 | 0.8461% | 13.298630 |
| 16-Feb-09 | 2.1889% | 0.372909 | 0.8163% | 13.805479 |
| 17-Aug-09 | 2.1889% | 0.359739 | 0.7874% | 14.304110 |
| 15-Feb-10 | 2.1889% | 0.347239 | 0.7601% | 14.802740 |
| 16-Aug-10 | 2.1889% | 0.334976 | 0.7332% | 15.301370 |
| 15-Feb-11 | 2.1889% | 0.323273 | 0.7076% | 15.802740 |
| 15-Aug-11 | 2.1889% | 0.311917 | 0.6828% | 16.298630 |
| 15-Feb-12 | 2.1889% | 0.300961 | 0.6588% | 16.802740 |
| 15-Aug-12 | 2.1889% | 0.290389 | 0.6356% | 17.301370 |
| 15-Feb-13 | 2.1889% | 0.280189 | 0.6133% | 17.805479 |
| 15-Aug-13 | 2.1889% | 0.270346 | 0.5918% | 18.301370 |
| 17-Feb-14 | 2.1889% | 0.260747 | 0.5708% | 18.810959 |
| 15-Aug-14 | 2.1889% | 0.251687 | 0.5509% | 19.301370 |
| 16-Feb-15 | 41.1029% | 0.242798 | 9.9797% | 19.808219 |

3.9079% represents the total coupon of the dumbbell while both bonds are still outstanding:

$$87.1671\% \times \left( \frac{7.125\%}{2} \times 55.3570\% + \frac{1125\%}{2} \times 44.6430\% \right) = 3.9079\%$$

Likewise, 2.1889% is the cash flow of the coupon on the longer Bond B.

Copyright 1995
The Globecon Group, Ltd.

THE GLOBECON GROUP, LTD. **MODULE**

WHOLESALE BANKER LEARNING SYSTEM

The PV factors are based on the YTM we solve for. Each PV factor is calculated using YTM in the following relationship:

$$PVf_n = \cfrac{1}{\left[1 + \cfrac{YTM}{2}\right]^{\left(Periods - 1 + \frac{Accrual\ Days}{Actual\ Days\ in\ Accrual\ Period}\right)}}$$

"Accrual days" refers to the number of days between settlement and the next semi-annual coupon date. "Actual days in accrual period" refers to the number of actual days in the 6-month period ending at the next semi-annual coupon date.

The solver function in Excel returns the following cash flow YTM:      7.2811%

This is the only value for cash flow YTM which yields the correct dumbbell PV of 104.5433%.

**Approximate Cash Flow YTM**
It is possible to closely approximate the cash flow yield in a portfolio by using the **dollar-duration-weighted average yield** instead of the simple weighted average yield.

The result is pretty good:

$$\frac{6.8960\% \times 1.9521 + 7.4255\% \times 5.1618}{1.9521 + 5.1618} = 7.2802\%$$

We can now describe our two possible positions more accurately:

| Bond | Maturity | Coupon | Price | Accrued | Dirty Price | YTM | Dollar Duration |
|------|----------|--------|-------|---------|-------------|-----|-----------------|
| C Dumbbell | 15-Feb-05 | 7 1/2 % | 102 31/32 | 1.5746 | 104.5433 | 7.0724% | 7.1139 |
| A | 15-Feb-00 | 7 1/8 % | 100 29/32 | 1.4959 | 49.4122 | 6.8960% | 1.9521 |
| B | 15-Feb-15 | 11 1/4 % | 139 10/32 | 2.3619 | 55.1311 | 7.4255% | 5.1618 |
| Total | | | | | 104.5433 | 7.2802% | 7.1139 |

**Arbitrage Result Number 2**
This result is far more interesting: It appears that we can grab a yield gain of 0.21% by buying the Dumbbell and selling Bond C.

Is there any explanation for this? Does the relative riskiness of the dumbbell versus the bullet give us an explanation?

**Relative Riskiness**
To measure the relative riskiness of the dumbbell versus the bullet, we need to compute the **convexity** of both.

*Copyright 1995*
*The Globecon Group, Ltd.*

 **THE GLOBECON GROUP, LTD.**                                                                **MODULE**

WHOLESALE BANKER LEARNING SYSTEM

**Dumbbell Convexity**
Convexity is calculated as follows:

| Dumbbell Date | YTM: Cash Flow | 7.2811% PV Factor | CF PV | Time | Convexity: PV × T | 84.934235 PV × T$^2$ |
|---|---|---|---|---|---|---|
| 2-May-95 | | 1.000000 | 104.5433% | | | |
| 15-Aug-95 | 3.9079% | 0.979318 | 3.8271% | 0.287671 | 0.011009 | 0.003167 |
| 15-Feb-96 | 3.9079% | 0.945064 | 3.6932% | 0.791781 | 0.029242 | 0.023154 |
| 15-Aug-96 | 3.9079% | 0.911867 | 3.5635% | 1.290411 | 0.045984 | 0.059338 |
| 17-Feb-97 | 3.9079% | 0.879489 | 3.4370% | 1.800000 | 0.061866 | 0.111358 |
| 15-Aug-97 | 3.9079% | 0.848930 | 3.3176% | 2.290411 | 0.075986 | 0.174039 |
| 16-Feb-98 | 3.9079% | 0.818948 | 3.2004% | 2.797260 | 0.089523 | 0.250420 |
| 17-Aug-98 | 3.9079% | 0.790025 | 3.0874% | 3.295890 | 0.101756 | 0.335377 |
| 15-Feb-99 | 3.9079% | 0.762576 | 2.9801% | 3.794521 | 0.113080 | 0.429085 |
| 16-Aug-99 | 3.9079% | 0.735643 | 2.8748% | 4.293151 | 0.123421 | 0.529866 |
| 15-Feb-00 | 52.1611% | 0.709943 | 37.0314% | 4.794521 | 1.775477 | 8.512561 |
| 15-Aug-00 | 2.1889% | 0.685005 | 1.4994% | 5.293151 | 0.079366 | 0.420098 |
| 15-Feb-01 | 2.1889% | 0.660943 | 1.4467% | 5.797260 | 0.083872 | 0.486225 |
| 15-Aug-01 | 2.1889% | 0.637726 | 1.3959% | 6.293151 | 0.087848 | 0.552839 |
| 15-Feb-02 | 2.1889% | 0.615325 | 1.3469% | 6.797260 | 0.091552 | 0.622301 |
| 15-Aug-02 | 2.1889% | 0.593711 | 1.2996% | 7.293151 | 0.094780 | 0.691247 |
| 17-Feb-03 | 2.1889% | 0.572629 | 1.2534% | 7.802740 | 0.097802 | 0.763125 |
| 15-Aug-03 | 2.1889% | 0.552733 | 1.2099% | 8.293151 | 0.100337 | 0.832113 |
| 16-Feb-04 | 2.1889% | 0.533212 | 1.1672% | 8.800000 | 0.102709 | 0.903843 |
| 16-Aug-04 | 2.1889% | 0.514482 | 1.1262% | 9.298630 | 0.104717 | 0.973724 |
| 15-Feb-05 | 2.1889% | 0.496508 | 1.0868% | 9.800000 | 0.106508 | 1.043774 |
| 15-Aug-05 | 2.1889% | 0.479067 | 1.0486% | 10.295890 | 0.107966 | 1.111609 |
| 15-Feb-06 | 2.1889% | 0.462239 | 1.0118% | 10.800000 | 0.109274 | 1.180164 |
| 15-Aug-06 | 2.1889% | 0.446002 | 0.9763% | 11.295890 | 0.110277 | 1.245678 |
| 15-Feb-07 | 2.1889% | 0.430336 | 0.9420% | 11.800000 | 0.111152 | 1.311593 |
| 15-Aug-07 | 2.1889% | 0.415219 | 0.9089% | 12.295890 | 0.111755 | 1.374123 |
| 15-Feb-08 | 2.1889% | 0.400634 | 0.8770% | 12.800000 | 0.112250 | 1.436798 |
| 15-Aug-08 | 2.1889% | 0.386561 | 0.8461% | 13.298630 | 0.112526 | 1.496442 |
| 16-Feb-09 | 2.1889% | 0.372909 | 0.8163% | 13.805479 | 0.112689 | 1.555727 |
| 17-Aug-09 | 2.1889% | 0.359739 | 0.7874% | 14.304110 | 0.112636 | 1.611152 |
| 15-Feb-10 | 2.1889% | 0.347239 | 0.7601% | 14.802740 | 0.112512 | 1.665486 |
| 16-Aug-10 | 2.1889% | 0.334976 | 0.7332% | 15.301370 | 0.112195 | 1.716730 |
| 15-Feb-11 | 2.1889% | 0.323273 | 0.7076% | 15.802740 | 0.111823 | 1.767104 |
| 15-Aug-11 | 2.1889% | 0.311917 | 0.6828% | 16.298630 | 0.111280 | 1.813718 |
| 15-Feb-12 | 2.1889% | 0.300961 | 0.6588% | 16.802740 | 0.110692 | 1.859936 |
| 15-Aug-12 | 2.1889% | 0.290389 | 0.6356% | 17.301370 | 0.109974 | 1.902695 |
| 15-Feb-13 | 2.1889% | 0.280189 | 0.6133% | 17.805479 | 0.109202 | 1.944401 |
| 15-Aug-13 | 2.1889% | 0.270346 | 0.5918% | 18.301370 | 0.108301 | 1.982056 |
| 17-Feb-14 | 2.1889% | 0.260747 | 0.5708% | 18.810959 | 0.107364 | 2.019618 |
| 15-Aug-14 | 2.1889% | 0.251687 | 0.5509% | 19.301370 | 0.106335 | 2.052417 |
| 16-Feb-15 | 41.1029% | 0.242798 | 9.9797% | 19.808219 | 1.976803 | 39.156944 |

The formula asks that we sum all of the products of PV × Time plus PV × Time$^2$, and then divide by $(1+YTM/2)^2$:

*Copyright 1995*
*The Globecon Group, Ltd.*

THE GLOBECON GROUP, LTD.                                    MODULE

WHOLESALE BANKER LEARNING SYSTEM

$$\text{Convexity} = \frac{\dfrac{\sum\limits_{t=1}^{n}\left(t^2 \times PVCF_t + t \times PVCF_t\right)}{\text{Dirty Price}}}{\left(1+\dfrac{YTM}{2}\right)^2}$$

Dollar convexity is calculated by multiplying the convexity by the market value of the bond(s):

$$\text{Dollar Convexity} = 84.934 \times \frac{104.5433}{100} = 88.79$$

This can be understood to mean the pricing error resulting from using modified duration to predict the new price of the bullet. It is best to think of it as a relative term.

**Bullet Convexity**
For the bullet:

|  |  |  |  |  | Convexity: | 63.505676 |
| Date | Cash Flow | PV Factor | CF PV | Time | PV × T | PV × T$^2$ |
| --- | --- | --- | --- | --- | --- | --- |
| 2-May-95 |  |  | 104.5376% |  |  |  |
| 15-Aug-95 | 3.7500% | 0.979899 | 3.6746% | 0.287671 | 0.010571 | 0.003041 |
| 15-Feb-96 | 3.7500% | 0.946570 | 3.5496% | 0.791781 | 0.028105 | 0.022253 |
| 15-Aug-96 | 3.7500% | 0.914241 | 3.4284% | 1.290411 | 0.044240 | 0.057088 |
| 17-Feb-97 | 3.7500% | 0.882677 | 3.3100% | 1.800000 | 0.059581 | 0.107245 |
| 15-Aug-97 | 3.7500% | 0.852857 | 3.1982% | 2.290411 | 0.073252 | 0.167778 |
| 16-Feb-98 | 3.7500% | 0.823571 | 3.0884% | 2.797260 | 0.086390 | 0.241656 |
| 17-Aug-98 | 3.7500% | 0.795290 | 2.9823% | 3.295890 | 0.098295 | 0.323968 |
| 15-Feb-99 | 3.7500% | 0.768422 | 2.8816% | 3.794521 | 0.109342 | 0.414901 |
| 16-Aug-99 | 3.7500% | 0.742035 | 2.7826% | 4.293151 | 0.119463 | 0.512871 |
| 15-Feb-00 | 3.7500% | 0.716829 | 2.6881% | 4.794521 | 0.128882 | 0.617927 |
| 15-Aug-00 | 3.7500% | 0.692346 | 2.5963% | 5.293151 | 0.137426 | 0.727417 |
| 15-Feb-01 | 3.7500% | 0.668700 | 2.5076% | 5.797260 | 0.145374 | 0.842768 |
| 15-Aug-01 | 3.7500% | 0.645861 | 2.4220% | 6.293151 | 0.152419 | 0.959195 |
| 15-Feb-02 | 3.7500% | 0.623802 | 2.3393% | 6.797260 | 0.159006 | 1.080802 |
| 15-Aug-02 | 3.7500% | 0.602497 | 2.2594% | 7.293151 | 0.164779 | 1.201757 |
| 17-Feb-03 | 3.7500% | 0.581696 | 2.1814% | 7.802740 | 0.170206 | 1.328072 |
| 15-Aug-03 | 3.7500% | 0.562044 | 2.1077% | 8.293151 | 0.174792 | 1.449576 |
| 16-Feb-04 | 3.7500% | 0.542744 | 2.0353% | 8.800000 | 0.179106 | 1.576129 |
| 16-Aug-04 | 3.7500% | 0.524207 | 1.9658% | 9.298630 | 0.182790 | 1.699700 |
| 15-Feb-05 | 103.7500% | 0.506401 | 52.5391% | 9.800000 | 5.148828 | 50.458517 |

The dollar convexity for the bullet:

$$\text{Dollar Convexity} = 63.507 \times \frac{104.5433}{100} = 66.391$$

Copyright 1995
The Globecon Group, Ltd.

**THE GLOBECON GROUP, LTD.**                                                      **MODULE**

WHOLESALE BANKER LEARNING SYSTEM

We can now describe our two possible positions more accurately:

| Bond | Maturity | Coupon | Dirty Price | YTM | Dollar Duration | Dollar Convexity |
|------|----------|--------|-------------|-----|-----------------|------------------|
| C | 15-Feb-05 | 7 1/2 % | 104.5433 | 7.0724% | 7.1139 | 66.39 |
| Dumbbell | | | | | | |
| A | 15-Feb-00 | 7 1/8 % | 49.4122 | 6.8960% | 1.9521 | |
| B | 15-Feb-15 | 11 1/4 % | 55.1311 | 7.4255% | 5.1618 | |
| Total | | | 104.5433 | 7.2802% | 7.1139 | 88.79 |

**Arbitrage Result Number 3**
This result is far more interesting:  We cannot only take a yield gain of 0.21% by buying the Dumbbell and selling Bond C, but we get a position with far greater convexity, which, as we have seen, is a desirable property.

Something doesn't add up here!

**Horizon Yield**
Our analysis so far has paid no attention to the "expected developments" of yields over time. Specifically, we are treating each cash flow as if it can be reinvested at the various IRRs we are using.

Horizon yield is similar to realized compound yield in that it wants to treat the reinvestment of each cash flow at a market rate.

The simplest case is to use market PV factors to calculate cash flow reinvestment rates through a future date.  This makes use of the terms structure of yields as it stands currently.

For example, suppose we wish to think in terms of a horizon of about nine months.  For simplicity's sake, let us use the date of 15 February 1996, since we can readily calculate all the relevant PV factors.  We will use the "generic" Treasury pricing curve calculated off the STRIPS market, as it reflects the correct zero-coupon Treasury rates.

To restate the yield curve as of 15 Feb 96 is quite simple.  The logic is that we can invest today's PV of any future cash flow at the market rate existing today for maturity on 15 Feb 96.

For example, $1 invested today through 15 Feb 96 will be worth:

$$\frac{1}{0.952344} = 1.050041$$

$1 receivable on 15 August 1995 has a market PV today of 0.983125.  Invested through 15 Feb 96 it will be worth:

$$\frac{0.983125}{0.952344} = 1.032322$$

Following the same logic, $1 receivable on 15 Feb 2000 is worth on 15 Feb 96:

Copyright 1995
The Globecon Group, Ltd.

THE GLOBECON GROUP, LTD.                                                      **MODULE**

WHOLESALE BANKER LEARNING SYSTEM

$$\frac{0.722656}{0.952344} = 0.758819$$

We can thus calculate the PV as of 15 Feb 96 of every cash flow in both the dumbbell and the bullet:

| Date | PV Factor | Bullet CF | Dumbbell CF |
|------|-----------|-----------|-------------|
| 2-May-95 | 1.050041 | 109.6733% | 109.8843% |
| 15-Aug-95 | 1.032322 | 3.8712% | 4.0342% |
| 15-Feb-96 | 1.000000 | 3.7500% | 3.9079% |
| 15-Aug-96 | 0.970468 | 3.6393% | 3.7925% |
| 17-Feb-97 | 0.936833 | 3.5131% | 3.6611% |
| 15-Aug-97 | 0.903527 | 3.3882% | 3.5309% |
| 16-Feb-98 | 0.872847 | 3.2732% | 3.4110% |
| 17-Aug-98 | 0.842494 | 3.1594% | 3.2924% |
| 15-Feb-99 | 0.813782 | 3.0517% | 3.1802% |
| 16-Aug-99 | 0.786710 | 2.9502% | 3.0744% |
| 15-Feb-00 | 0.758819 | 2.8456% | 39.5808% |
| 15-Aug-00 | 0.731911 | 2.7447% | 1.6021% |
| 15-Feb-01 | 0.706809 | 2.6505% | 1.5471% |
| 15-Aug-01 | 0.681870 | 2.5570% | 1.4926% |
| 15-Feb-02 | 0.657588 | 2.4660% | 1.4394% |
| 15-Aug-02 | 0.633962 | 2.3774% | 1.3877% |
| 17-Feb-03 | 0.610500 | 2.2894% | 1.3363% |
| 15-Aug-03 | 0.588679 | 2.2075% | 1.2886% |
| 16-Feb-04 | 0.567022 | 2.1263% | 1.2412% |
| 16-Aug-04 | 0.547334 | 2.0525% | 1.1981% |
| 15-Feb-05 | 0.527810 | 54.7603% | 1.1553% |
| 15-Aug-05 | 0.502871 | | 1.1007% |
| 15-Feb-06 | 0.483183 | | 1.0576% |
| 15-Aug-06 | 0.465135 | | 1.0181% |
| 15-Feb-07 | 0.446267 | | 0.9768% |
| 15-Aug-07 | 0.429040 | | 0.9391% |
| 15-Feb-08 | 0.412305 | | 0.9025% |
| 15-Aug-08 | 0.396719 | | 0.8684% |
| 16-Feb-09 | 0.380640 | | 0.8332% |
| 17-Aug-09 | 0.366366 | | 0.8019% |
| 15-Feb-10 | 0.351928 | | 0.7703% |
| 16-Aug-10 | 0.338146 | | 0.7402% |
| 15-Feb-11 | 0.324856 | | 0.7111% |
| 15-Aug-11 | 0.312059 | | 0.6831% |
| 15-Feb-12 | 0.299918 | | 0.6565% |
| 15-Aug-12 | 0.288433 | | 0.6314% |
| 15-Feb-13 | 0.276948 | | 0.6062% |
| 15-Aug-13 | 0.266120 | | 0.5825% |
| 17-Feb-14 | 0.255947 | | 0.5602% |
| 15-Aug-14 | 0.246267 | | 0.5391% |
| 16-Feb-15 | 0.237244 | | 9.7514% |

The simple horizon yield through 15 Feb 96 is thus based on both strategies' market value today compared to their future values on the horizon date:

Copyright 1995
The Globecon Group, Ltd.

THE GLOBECON GROUP, LTD.                                          **MODULE**

WHOLESALE BANKER LEARNING SYSTEM

$$\text{Bullet} = \frac{109.6733\%}{104.5433\%} - 1 = 4.9127\% \qquad \text{Dumbbell} = \frac{109.8843\%}{104.5433\%} - 1 = 5.1088\%$$

Once again, the dumbbell proves to be the "richer" strategy.

## HORIZON VALUE AND VOLATILITY

The resolution of this arbitrage lies in modeling future developments in the yield curve to incorporate interest rate volatility.

Specifically, we need to use a binomial tree to model either the short-term rate (a ***single factor model***) or the entire term structure of forward rates (a ***multiple factor model***).

Building binomial trees is beyond the scope of this module, but we can summarize the results, using a simplified single-factor tree and a simple dumbbell-bullet comparison[1].

| Bond | Maturity | Coupon | Price | Per Cents | YTM | Duration | Convexity |
|------|----------|--------|-------|-----------|-----|----------|-----------|
| C | 20 years | 10% | 100 | | 10% | 8.5795 | 121.5637 |
| **Dumbbell** | | | | | | | |
| A | 10 years | 10% | 100 | 27.37% | 10% | 6.2311 | |
| B | 30 years | 10% | 100 | 72.63% | 10% | 9.4646 | |
| Total | | | 100 | | 10% | 8.5795 | 133.8108 |

The dollar duration weighted YTM of the dumbbell is identical to that of the bullet, indicating no arbitrage opportunity exists.

The horizon yield for both is also the same, 10% over a five-year horizon. This is because the yield curve is flat at 10%.

The convexities of the two positions are not the same, however. The greater convexity of the dumbbell appears attractive given that all else is equal.

If we make some simplifying assumptions, we can test the two positions for assumed changes in the level of the 6-month rate over a 5-year horizon period:

1. Changes occur today and instantaneously affect both reinvestment rates (prior to 5 years) and horizon rates (after 5 years).

2. All instantaneous yield curve shifts occur in parallel fashion across the entire term structure.

---

[1] The following example is taken from *Active Total Return Management of Fixed Income Portfolios*, Dattatreya and Fabozzi; Probus Publishing, Chicago, 1989.

*Copyright 1995*
*The Globecon Group, Ltd.*

WHOLESALE BANKER LEARNING SYSTEM

By comparing the horizon value of the two strategies to see which is worth more after five years, we can observe the effects of the convexity differences:

**Relative Performance of Dumbell Over Bullet**



This suggests that no matter what happens, the added convexity of the dumbbell is worth owning.

But it does not tell the full story.

Our simple assumptions bear no resemblance to the way interest rates are likely to develop.

Rates do not instantaneously move by massive amounts and then hold still for 5 years.

Furthermore, we make no discrimination about how far rates are **likely** to move.

To incorporate a more realistic projection of horizon return, we need to use volatility and a binomial tree to measure the "likely" horizon values in terms of probability.

The graph which follows shows the excess value of the dumbbell strategy at various possible levels of the short-term rate 5 years from now.  Clearly it is not always profitable to hold the dumbbell and sell the bullet.

*Copyright 1995*
*The Globecon Group, Ltd.*



**THE GLOBECON GROUP, LTD.**                                                                         **MODULE**

WHOLESALE BANKER LEARNING SYSTEM



Dattatreya and Fabozzi offer the following values for the horizon value of the two strategies, weighted by volatility and probability:

| Short Rate | Probability | Bullet FV | Dumbbell FV | Difference |
|---|---|---|---|---|
| 4.81% | 0.1% | $208.36 | $209.86 | $1.50 |
| 5.56% | 1.0% | $199.36 | $199.92 | $0.55 |
| 6.43% | 4.4% | $190.07 | $189.94 | ($0.13) |
| 7.42% | 11.7% | $180.60 | $180.12 | ($0.48) |
| 8.56% | 20.5% | $171.11 | $170.60 | ($0.51) |
| 9.88% | 24.6% | $161.79 | $161.54 | ($0.26) |
| 11.40% | 20.5% | $152.84 | $153.07 | $0.24 |
| 13.15% | 11.7% | $144.43 | $145.32 | $0.89 |
| 15.17% | 4.4% | $136.76 | $138.37 | $1.61 |
| 17.49% | 1.0% | $129.99 | $132.28 | $2.30 |
| 20.16% | 0.1% | $124.25 | $127.11 | $2.87 |
| **Probability-Weighted Returns** | | **$162.24** | **$162.27** | **$0.03** |

Finally, we can resolve this apparent market inefficiency. On a probability-weighted basis both strategies have the same expected value after 5 years.

*Copyright 1995*
*The Globecon Group, Ltd.*

**THE GLOBECON GROUP, LTD.**                    **MODULE STUDY GUIDE**

WHOLESALE BANKER LEARNING SYSTEM

# Relative Value Concepts

*For information contact:*

*The Globecon Group, Ltd.*
*71 Murray Street, 10th fl.*
*New York, NY 10007*
*(212) 608-1160  phone*
*(212) 227-0443  fax*

*6_1_95 Relative Value Trading*
*Strategies.doc*
*Copyright 1995*
*The Globecon Group, Ltd.*