**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|---|---|
| 1 | A Quick Reference to Credit Risk Management |
| 2 | A Quick Reference to Legal Issues and Regulation of Financial Institutions |
| 3 | A Quick Reference to Market Risk Management and Capital Markets |
| 4 | A Quick Reference to Operational and Integrated Risk Management |
| 5 | A Quick Reference to Quantitative and Fixed Income Analysis |
| 6 | ABS Structures |
| 7 | ABS Trading and Investment |
| 8 | ABS Types and Structures |
| 9 | Accurate Self Assessment |
| 10 | Acquisition Price Risk |
| 11 | Aggressive Capitalization and Extended Amortization |
| 12 | Alternative Investments |
| 13 | An Overview of Gift Planning |
| 14 | Analyzing Closely Held Companies and their Owners |
| 15 | Analyzing Convertible Securities |
| 16 | Analyzing Financial Exposure |
| 17 | Analyzing Lease Opportunities |
| 18 | Analyzing Lease Opportunities for Middle Market Companies |
| 19 | Analyzing Leases |
| 20 | Analyzing Market Value |
| 21 | Analyzing Real Estate Assets |
| 22 | Analyzing Real Estate Assets: Estimating Income Property Cash Flows |
| 23 | Analyzing Real Estate Assets: Income Properties |
| 24 | Applications of Asset Swaps |
| 25 | Applications of Currency Swaps |
| 26 | Applications of Duration and Convexity Mod. |
| 27 | Applications of Interest Rate Forwards |
| 28 | Applications of Interest Rate Swaps |
| 29 | Applying Real Estate Valuation Techniques |
| 30 | Applying Return Attribution Analysis |
| 31 | Applying Value at Risk |
| 32 | Approaches to Credit Portfolio Management |
| 33 | Appropriate Personal and Professional Boundaries for Managers |
| 34 | Arbitrage and Relative Value Concepts |
| 35 | Assessing the Spread on Credit Risky Bonds |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|---|---|
| 36 | Asset and Liability Management |
| 37 | Asset Backed Securities Markets and Characteristics |
| 38 | Asset Securitization |
| 39 | Asset-Backed Commercial Paper Conduits |
| 40 | Asset-Backed CP Conduits Applications |
| 41 | Asset-Backed Securities |
| 42 | Asset-Backed Securitization Participants |
| 43 | Asset-Based Finance |
| 44 | Asset-Based Loans |
| 45 | Australian Bond Opportunities |
| 46 | Australian Capital Markets |
| 47 | Bank Capital Management: Using Structured Credit Products |
| 48 | Bank M & A Strategies |
| 49 | Bank Money Market Instruments |
| 50 | Banking Industry M&A Strategies |
| 51 | Barrier Options |
| 52 | Barrier Options: an FX Hedging Tool |
| 53 | Basic Principles of Statistics and Quantitative Methods |
| 54 | Basis Risk Trading Strategies |
| 55 | Bermudan Swaptions and Related Structures |
| 56 | Bond Coupon Strips |
| 57 | Bond Futures Contracts and Conventions |
| 58 | Bond Futures Conversion Factors and Invoicing Conventions |
| 59 | Bond Market Dynamics |
| 60 | Bonds |
| 61 | Bonds with Alternative Structures |
| 62 | Bonds With Options |
| 63 | Building Blocks of Yield Curve Construction |
| 64 | Building Yield Curves to Price Swaps |
| 65 | Business and Capital Restructuring |
| 66 | Business and Financial Analysis |
| 67 | Business Entities |
| 68 | Business Restructuring |
| 69 | Calculating Portfolio Returns |
| 70 | Calculating Prices and Yields |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|------:|-------|
| 71 | Calculating Value at Risk using Matrices and Monte Carlo Simulations |
| 72 | Calculating Value at Risk using the Mean Variance/Covariance Method |
| 73 | Calculating WACC |
| 74 | Capital Adequacy |
| 75 | Capital Restructuring |
| 76 | Capital Structure |
| 77 | Capital-Raising Decision Criteria |
| 78 | Cash Flow Analysis |
| 79 | Cash Rules |
| 80 | Characteristics and Prices of Repos |
| 81 | Choosing a Valuation Technique |
| 82 | Classic Repos and Buy-Sell Back Repos |
| 83 | Classifying and Valuing Property |
| 84 | CMS Risk and Usage |
| 85 | CMS Structure and Pricing |
| 86 | Collateralized Mortgage Obligations |
| 87 | Collateralized Mortgage-Obligations & Stripped MBS |
| 88 | Commercial Mortgage-Backed Securities |
| 89 | Commercial Real Estate Financing |
| 90 | Commercial Real Estate Lending |
| 91 | Commercial Real Estate Lending Applications |
| 92 | Commercial Real Estate Loan Returns |
| 93 | Common Probability Distributions |
| 94 | Communication Tips for Difficult Discussions |
| 95 | Comparables Analysis |
| 96 | Comparative Yields Analysis |
| 97 | Comparing Financial Institutions |
| 98 | Comparing Financing Alternatives |
| 99 | Comparing Fixed-Income Alternatives |
| 100 | Comparing Restructuring Alternatives |
| 101 | Component Cash Flows and Credit Issues of Currency Swaps |
| 102 | Compound Interest |
| 103 | Consolidation of Financial Services |
| 104 | Consolidation of the Financial Industry |
| 105 | Constant Maturity Swaps |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|------:|-------|
| 106 | Consultative Matrix |
| 107 | Convertible Exchangeable and Debt with Warrants Markets |
| 108 | Convertible Securities Markets |
| 109 | Converting Knowledge to Action |
| 110 | Convexity Bias in Short Dated Interest Rate Futures |
| 111 | Corporate Debt Capacity |
| 112 | Corporate Debt Issuance: More to Come |
| 113 | Corporate Financial Exposure |
| 114 | Corporate Financial Risk Management |
| 115 | Corporate Performance Metrics |
| 116 | Corporate Restructuring |
| 117 | Corporate Risk Management Decisions |
| 118 | Corporate Risk Management Objectives |
| 119 | Corporate Valuation |
| 120 | Corporate Valuation and Risk Management |
| 121 | Corporate Valuation Methods and Uses |
| 122 | Correlation and Causality |
| 123 | Cost of Carry and Cheapest to Deliver Bonds |
| 124 | Cost of Equity |
| 125 | Costs and Returns for Convertible Bonds and Debt with Warrants |
| 126 | Creating a Winning Risk Management Proposal |
| 127 | Credit Analysis and Debt Products |
| 128 | Credit Default Swaps |
| 129 | Credit Derivatives |
| 130 | Credit Derivatives for the Corporate Market |
| 131 | Credit Derivatives Instruments and Applications |
| 132 | Credit Derivatives Valuation, Risk Management and Control |
| 133 | Credit Management of Traded Assets |
| 134 | Credit Portfolio Management |
| 135 | Credit Portfolio Management Approaches |
| 136 | Credit Portfolio Risk Management |
| 137 | Credit Rating Dynamics |
| 138 | Credit Rating Systems |
| 139 | Credit Ratings and the Rating Agency Process |
| 140 | Credit Ratings of Middle Market Companies |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|---|---|
| 141 | Credit Risk and Risk Management |
| 142 | Credit Risk Models |
| 143 | Credit Sensitive Mortgage-Backed Securities |
| 144 | Credit Spreads Analysis |
| 145 | Credit Spreads Defaults and Recoveries |
| 146 | Currency Risk Management |
| 147 | Currency Risk Management Alternatives |
| 148 | Currency Swap Structuring and Pricing |
| 149 | Currency Swaps and Short-Term Cross Currency Hedging |
| 150 | Current Status of the European and US Leveraged Loan Markets |
| 151 | Debt Rating Criteria |
| 152 | Debt Repayment Capacity |
| 153 | Default Risk |
| 154 | Defaults and Recoveries on Corporate Debt |
| 155 | Detecting Premature or Fictitious Revenue |
| 156 | Developing Gap Management Strategies |
| 157 | Developing Industry Expertise |
| 158 | Diagnosing Financial Institutions |
| 159 | Diplomatic Communication Techniques |
| 160 | Direct and Indirect Real Estate Investments |
| 161 | Disposing of Privately Held Businesses |
| 162 | Dividend-Enhanced Hybrids |
| 163 | Documentation and Legal Issues |
| 164 | DuPont Analysis |
| 165 | Duration |
| 166 | Duration and Convexity |
| 167 | Early Warning Indicators for Debt in Distress |
| 168 | Effective Marketing: Getting Clients to Recognize the Value You Provide |
| 169 | Emotional Self-Awareness |
| 170 | Enhancing Financial Institution Value |
| 171 | Equipment Leasing |
| 172 | Equity Costs and Returns |
| 173 | Equity Futures Forwards and Swaps |
| 174 | Equity Index Derivatives for Hedging and Speculation |
| 175 | Equity Index Futures and Options |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|------:|-------|
| 176 | Equity Indexes |
| 177 | Equity Indexes Applications |
| 178 | Equity Issuance Procedures |
| 179 | Equity Market Dynamics |
| 180 | Equity Prices |
| 181 | Equity Residential Properties Trust |
| 182 | Equity Structures and Features |
| 183 | Equity-Based Credit Risk Models |
| 184 | Equity-Linked Securities |
| 185 | Estimating a Company's Market Value |
| 186 | Estimating Credit Ratings |
| 187 | Estimating Debt Capacity |
| 188 | Estimating Loan Costs |
| 189 | Estimating the Cost of Equity |
| 190 | EURIBOR- and LIBOR-in-Arrears Swaps |
| 191 | European Leveraged Lending |
| 192 | Euro-Zone Corporate Bonds |
| 193 | Evaluating an Asset-Based Borrower |
| 194 | Evaluating Commercial Property Investments |
| 195 | Evaluating Equity Alternatives |
| 196 | Evaluating Financing Alternatives Mod. |
| 197 | Evaluating High-Net-Worth Individuals |
| 198 | Evaluating Investments Commercial Properties |
| 199 | Evaluating Portfolios Against Benchmarks |
| 200 | Evaluating Secured Credit Capacity |
| 201 | Evaluating Unsecured Credit Capacity |
| 202 | Exchange Rates |
| 203 | Exchange Traded Futures Markets |
| 204 | Executing Private Placements |
| 205 | Executing Rule 144A Private Placements |
| 206 | Features of Barrier Options |
| 207 | Features of Bonds |
| 208 | Features of Collateralized Debt Obligations |
| 209 | Features of Growing Companies |
| 210 | Features of Leasing |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|------:|-------|
| 211 | Features of Mezzanine Financing |
| 212 | Features of Mortgage-Backed Securities |
| 213 | Features of Mortgages |
| 214 | Features of Project Financing |
| 215 | Features of Real Estate Investment Trusts |
| 216 | Features of Structured Notes |
| 217 | Financial Analysis Toolkit |
| 218 | Financial Institution Operating Environment |
| 219 | Financial Institutions and Risks |
| 220 | Financial Markets Technology; Basic Products and Applications |
| 221 | Financial Options |
| 222 | Financial Statement Analysis |
| 223 | Financial Statements |
| 224 | Financial Structure & Strategy |
| 225 | Financing Leveraged Deals |
| 226 | Five Unambiguous Relationship Boundary Violations |
| 227 | Fixed Income Mathematics: Analytical & Statistical Techniques |
| 228 | Fixed Rate Residential Loans |
| 229 | Fixed vs. Floating Rate Debt |
| 230 | Fixed-Income Benchmarks |
| 231 | Fixed-Income Costs and Returns |
| 232 | Floating Rate Residential Loans |
| 233 | Floating Rate Residential Mortgages |
| 234 | Foreign Exchange Forwards |
| 235 | Foreign Exchange Market Characteristics and Participants |
| 236 | Foreign Exchange Options Hedges |
| 237 | Foreign Exchange Options Trading |
| 238 | Foreign Exchange Transactions |
| 239 | Forms of Real Estate Investment |
| 240 | Forward Rate Agreement Fundamentals |
| 241 | Forward Rate Agreements |
| 242 | Forward Starting Swaps and Swaptions |
| 243 | Foundations of Finance; Fundamental Financial Skills |
| 244 | Four Developmental Stages of Empathy |
| 245 | FRA Market Structure and Participants |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|---|---|
| 246 | Future Flow Securitization |
| 247 | Futures and Options Markets |
| 248 | Futures Contracts |
| 249 | FX Options Book Management |
| 250 | FX Transactions in the Spot Market |
| 251 | Gap Management |
| 252 | Gap Management Techniques |
| 253 | Generating Deal Ideas |
| 254 | Getting from Price to Value |
| 255 | Global Banking; Credit Derivatives |
| 256 | Global Banking; Interest Rate Management |
| 257 | Government Bond Markets and Benchmarks |
| 258 | Grid Pricing Innovations |
| 259 | Hedge Funds |
| 260 | Hedge Funds and Market Volatility Spark Convertible Boom |
| 261 | Hedging Anticipated Exposures |
| 262 | Hedging Anticipated Exposures |
| 263 | Hedging Anticipated Exposures |
| 264 | Hedging Bond Positions using Repos Futures and Duration |
| 265 | Hedging Executives' Equity |
| 266 | Hedging Loans |
| 267 | Hedging with Currency Options |
| 268 | Hedging with Foreign Exchange Forwards |
| 269 | Hedging with Interest Rate Options |
| 270 | Hedging with OTC Interest Rate Options |
| 271 | High-Yield Bonds |
| 272 | Hybrid Securities |
| 273 | Hybrid Securities and Bonds with Options |
| 274 | Idea Generation Techniques |
| 275 | Identify Your People Style |
| 276 | Identifying Corporate Exposure |
| 277 | Identifying Euro Bond Candidates |
| 278 | Identifying Investment Opportunities |
| 279 | Impact of Asset Securitization on the Balance Sheet and Accounting Issues |
| 280 | Impact of Client Actions on Decision Criteria |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|---|---|
| 281 | Implications of Debt Alternatives |
| 282 | In-Arrears Swap Structures |
| 283 | Industry Analysis |
| 284 | Industry Analysis for Middle-Market Companies |
| 285 | Inflation- and Default-Adjusted Interest Rates |
| 286 | Inflation-Indexed Bonds: Improving the Efficiency of a Portfolio |
| 287 | Interbank Interest Rate Forwards |
| 288 | Interest Rate Forwards |
| 289 | Interest Rate Futures |
| 290 | Interest Rate Risk Hedging Alternatives |
| 291 | Interest Rate Swap Market |
| 292 | Interest Rate Swaps |
| 293 | Interest Rate Swaps Structures |
| 294 | Interest Rate Volatility Trading Strategies |
| 295 | Interpreting Financial Markets |
| 296 | Interpreting Market Indicators to Anticipate Capital-Raising Opportunities |
| 297 | Interpreting Swap Spreads |
| 298 | Investing in Futures |
| 299 | Investing in Options |
| 300 | Investor Decision Framework |
| 301 | Investor Decision Variables |
| 302 | IPO Costs and Returns |
| 303 | IPO Markets and Participants |
| 304 | Land Development Financing |
| 305 | Lease Accounting |
| 306 | Lease Types |
| 307 | Leasing |
| 308 | Leasing Market Participants |
| 309 | Leveraged Loans: Improving the Efficiency of a Portfolio |
| 310 | Life Insurance for Estate Planning |
| 311 | Loan Swaps |
| 312 | Loan Trading in the Secondary Market |
| 313 | Long-Term Leasing |
| 314 | Looking for Interest Savings? Follow the Leverage |
| 315 | Low Income Housing Tax Credit |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|---|---|
| 316 | M&A Accounting Tax and Regulatory Issues |
| 317 | M&A Motivations and Objectives |
| 318 | M&A Process and Participants |
| 319 | M&A Valuation Analysis |
| 320 | Making Capital-Raising Decisions |
| 321 | Management and Leveraged Buyouts |
| 322 | Management Risk |
| 323 | Managing a Fixed-Income Portfolio |
| 324 | Managing Bank Risk |
| 325 | Managing in the Turbulent World Economy |
| 326 | Managing Risk in FX Options Portfolios |
| 327 | Managing Working Capital |
| 328 | Market Flex Loans for Middle-Market Clients |
| 329 | Market Mechanics of Exchange Traded Futures |
| 330 | Market Value of Swaps |
| 331 | Marketing Caps and Floors |
| 332 | Markets and Financial Decisions |
| 333 | Measuring Corporate Exposure |
| 334 | Measuring Interest Rate Risk |
| 335 | Mergers & Acquisitions |
| 336 | Mezzanine Financing |
| 337 | Mezzanine Financing Costs and Returns |
| 338 | Modeling Real Estate Assets |
| 339 | Money Market Prices and Yields |
| 340 | Money Markets and Participants |
| 341 | Mortgage-Backed Securities Prepayment Modeling |
| 342 | Mortgage-Backed Security Settlement and Clearing |
| 343 | Mutual Funds |
| 344 | Net Present Value and Internal Rate of Return |
| 345 | New Directions for Relationship Managers: More than Credit |
| 346 | Non-Bank Money Market Instruments |
| 347 | Old Mutual European Trust |
| 348 | Operating Lease Costs and Returns |
| 349 | Opportunities at the Bottom of the Rate Cycle |
| 350 | Optimizing Capital Structure |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|---|---|
| 351 | Option Pricing Concepts |
| 352 | Option Pricing Fundamentals |
| 353 | Option Pricing Models |
| 354 | Option-Adjusted Spreads |
| 355 | Option-Based Hedging |
| 356 | Options on Futures |
| 357 | Organization of the Clearance and Settlement System |
| 358 | Origination of Syndicated Credits |
| 359 | Origination Structuring and Distribution of Debt and Equity |
| 360 | Other Relative Value Trading Strategies |
| 361 | Oversight of Financial Institutions |
| 362 | Overview of Securitization Accounting |
| 363 | Overview of the New Basel Capital Accord |
| 364 | Ownership Transition |
| 365 | Participants in Securitization |
| 366 | Performance Metrics |
| 367 | Plan Your Opponent's Negotiating Strategy |
| 368 | Players and Relationships in Financial Institutions |
| 369 | Portfolio Analysis of High-Yield Bonds |
| 370 | Portfolio Analysis of Inflation-Indexed Bonds |
| 371 | Portfolio Analysis of Leveraged Loans |
| 372 | Portfolio Credit Default Risk |
| 373 | Portfolio Management Applications |
| 374 | Portfolio Management Policies |
| 375 | Portfolio Manager; Credit |
| 376 | Portfolio Performance Mod. |
| 377 | Post-IPO Equity Risk Management |
| 378 | Preferred Stock |
| 379 | Preparing a Customized Financial Plan |
| 380 | Price Protection in M&A Transactions |
| 381 | Pricing and Structuring Asset Swaps |
| 382 | Pricing Bonds against Benchmarks and Swaps |
| 383 | Pricing Caps and Floors |
| 384 | Pricing Credit Derivatives |
| 385 | Pricing Equity-Linked Securities |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|------:|-------|
| 386 | Pricing Grid Loans |
| 387 | Pricing Interest Rate Swaps |
| 388 | Pricing Middle-Market Loans |
| 389 | Pricing Swaptions |
| 390 | Principles and Building Blocks of Value at Risk |
| 391 | Principles of Credit Analysis |
| 392 | Private Banking Market Characteristics |
| 393 | Private Banking Trust and Custody Services |
| 394 | Private Equity |
| 395 | Private Equity Issuers and Investors |
| 396 | Private Placement Market Characteristics |
| 397 | Privately Placed Debt |
| 398 | Privately Placed Equity |
| 399 | Pro Forma Analysis and Forecasting |
| 400 | Products and Services of Wholesale Banks |
| 401 | Profiting from Out of Sync Yield Curves and Swap Spreads |
| 402 | Project Development Financing |
| 403 | Project Finance |
| 404 | Project Finance Overview |
| 405 | Public Debt Issuance Process |
| 406 | Public Equity |
| 407 | Purpose and Process of Credit Analysis |
| 408 | Quantitative Methods |
| 409 | Raising Funds with Prepaid Forward Contracts |
| 410 | Ratio Analysis in Real Estate |
| 411 | Ratio Analysis of Real Estate Investments |
| 412 | Ratio Analysis to Evaluate Income Property |
| 413 | Ratios and Comparative Company Analysis |
| 414 | Reading Between the Lines |
| 415 | Real Estate Loans to Middle-Market Companies |
| 416 | Real Estate Ratio Analysis |
| 417 | Real Estate Securities |
| 418 | Real Estate Valuation Techniques |
| 419 | Receivables Securitization |
| 420 | REIT Analysis |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|---|---|
| 421 | Relationship Banking |
| 422 | Relative Value Analysis |
| 423 | Relative Value and Yield Curve Strategies |
| 424 | Relative Value Applications |
| 425 | Relative Value in the Fixed-Income Market |
| 426 | Relative Value with Bullet and Barbell Yield Curve Strategies |
| 427 | Repo Risks Margins and Haircuts |
| 428 | Repurchase Agreements |
| 429 | Restructuring Techniques |
| 430 | Return Attribution Analysis |
| 431 | Risk Management for Financial Institutions |
| 432 | Risk-Adjusted Returns |
| 433 | Risks of Mortgage-Backed Securities |
| 434 | Roles and Responsibilities in the Bank |
| 435 | Roles of Financial Institutions |
| 436 | Rule 144A Financing |
| 437 | Securities Settlement Procedures |
| 438 | Securitized Debt: Haven in a Storm |
| 439 | Segmenting Derivatives Users |
| 440 | Selling to Business Owners |
| 441 | Settlement Contract and Revaluation Limits |
| 442 | Share Repurchase Programs |
| 443 | Short Date Forward Rates |
| 444 | Short-Term Financial Management |
| 445 | Short-Term Financing Alternatives |
| 446 | Sources of Basis Risk |
| 447 | Sources of Venture Capital |
| 448 | Standardization in European Securities Clearance and Settlement |
| 449 | Steps in Raising Venture Capital |
| 450 | Strategies for Flexing to Different People Styles |
| 451 | Structure of the Credit Derivatives Market |
| 452 | Structured Notes |
| 453 | Structures and Features of Bonds with Options |
| 454 | Structures and Features of Venture Capital |
| 455 | Structuring Portfolios |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|---|---|
| 456 | Swap Spreads |
| 457 | Swaps and Volatility |
| 458 | Syndicated Loan Features |
| 459 | Syndicated Loan Market |
| 460 | Syndicated Loans |
| 461 | Syndicated Loans Sec. 1 |
| 462 | Syndicated Loans Sec. 2 |
| 463 | Syndicated Loans Sec. 4 |
| 464 | Synthetic Equity Assets |
| 465 | Synthetic Leases |
| 466 | Synthetic Leases for Middle-Market Companies |
| 467 | Systemic Risk Factors |
| 468 | Targeted Stock |
| 469 | Tax and Accounting Issues in Risk Management |
| 470 | Technical Analysis |
| 471 | Technical Analysis Indicators |
| 472 | Techniques to Estimate the Cost of Equity |
| 473 | Term Structure of Volatility |
| 474 | The Balance Sheet |
| 475 | The Capital Asset Pricing Model |
| 476 | The Do's and Don't's of Empathic Listening |
| 477 | The Evaluation Trading and Hedging of Mortgage-Backed Securities |
| 478 | The Income Statement |
| 479 | The Lease vs. Buy Decision |
| 480 | The Psychology of Judgment and Decision Making |
| 481 | The Rating Process |
| 482 | The Rise of Earnings Restatements |
| 483 | The Rise of Private Placements |
| 484 | The Term Structure Yield Curves and Interest Rate Risk Management |
| 485 | The Use of Derivatives in Managing Interest Rate Risk |
| 486 | The Yield Curve Turns a Corner |
| 487 | Theoretical Spot Yield Curves and Z-Spreads |
| 488 | Time Value of Money |
| 489 | Tools of Risk Analysis Sec. 1 |
| 490 | Tools of Risk Analysis Sec. 2 |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|---|---|
| 491 | Tools of Risk Analysis Sec. 3 |
| 492 | Tools of Risk Analysis Sec. 4 |
| 493 | Total Return Analysis and Bond Swaps |
| 494 | Tradeoffs Among Financing Methods |
| 495 | Trading and Sales Activities |
| 496 | Traditional Private Placement Structures |
| 497 | Transaction Suitability Checklist |
| 498 | Transactional Risk |
| 499 | Transactional Risk Applications |
| 500 | Trend Analysis and Regression |
| 501 | Types of Credit Derivatives |
| 502 | Understanding Client Perspectives |
| 503 | Unsecured Lending to High-Net-Worth Individuals |
| 504 | Uptiering to Boost Bank Profitability |
| 505 | US Treasury Yield Curve |
| 506 | Use the Historical Approach to Assess Volatility |
| 507 | Users and Uses of Repurchase Agreements |
| 508 | Uses and Limitations of Financial Statements |
| 509 | Uses of In Arrears Swaps |
| 510 | Using Asset Securitization |
| 511 | Using Barrier Options |
| 512 | Using Bond Futures for Hedging and Trading |
| 513 | Using Caps and Floors |
| 514 | Using Complex Caps Floors and Swaptions |
| 515 | Using Credit Derivatives for Trading and Investment |
| 516 | Using Discounted Cash Flow for Valuation |
| 517 | Using Exchange-Traded Futures for Hedging and Trading |
| 518 | Using Futures for Hedging and Speculation |
| 519 | Using Interest-Rate Swaps |
| 520 | Using Mentors and Coaches |
| 521 | Using Option-Adjusted Spread Analysis |
| 522 | Using Synthetic Debt Restructuring Techniques |
| 523 | Using Synthetic Leases |
| 524 | Valuation and Financial Strategy |
| 525 | Valuation: Back to Basics |

**LIST OF COURSES FROM GLOBECON WEB SITE**

| Count | Title |
|---|---|
| 526 | Valuation: Measuring and Managing the Value of Companies |
| 527 | Value at Risk |
| 528 | Value at Risk Methods and Calculations |
| 529 | Value Investing |
| 530 | Values Clarification |
| 531 | Valuing a Company's Net Assets |
| 532 | Valuing a Privately Held Business |
| 533 | Valuing Brand Equity |
| 534 | Valuing Convertible Debt |
| 535 | Variations of Interest Rate Swaps |
| 536 | Variations of Standard Repos |
| 537 | Venture Capital & Mezzanine Financing |
| 538 | Venture Capital Overview |
| 539 | What CFOs Want From Their Bankers |
| 540 | Whole Business Securitizations |
| 541 | Why Rating Agencies Are Always Late |
| 542 | Working Capital Management |
| 543 | Working Capital Measurement |
| 544 | Yield Curve |
| 545 | Yield Curve Analytics |
| 546 | Yield Curve Dynamics |
| 547 | Yield Curve Interpolation to Price Bonds |
| 548 | Yield Curve-Driven Deals |
| 549 | YTM Calculations |
| 550 | Zero Coupon Rates and PV Factors |