# LIST OF COURSES FROM INTUITION WEB SITE

| Count | Title |
|---|---|
| 1 | 3 Anti Money Laundering |
| 2 | Accounting - An Introduction |
| 3 | Anti Money Laundering |
| 4 | Anti-Money Laundering |
| 5 | Bank Treasury Management |
| 6 | Banking Cash Management |
| 7 | Basel II - An Overview |
| 8 | Basis Trading |
| 9 | Bermudan Swaptions |
| 10 | BIS Non Capital Adequacy Guidelines |
| 11 | Bond Futures |
| 12 | Bond Futures Basis |
| 13 | Bond Hedging with Options |
| 14 | Bond Hedging with Swaps |
| 15 | Bond Price & Yield to Maturity |
| 16 | Bond Strategies - Fundamentals |
| 17 | Bonds - An Introduction |
| 18 | Bonds - Primary & Secondary Markets |
| 19 | Brokerage Accounting |
| 20 | Budgeting - An Introduction |
| 21 | Budgeting & Financial Management |
| 22 | Building a Yield Curve |
| 23 | Callable Bonds |
| 24 | Canadian Bond Market |
| 25 | Canadian Equity Market |
| 26 | Capital Budgeting |
| 27 | Capital Structure |
| 28 | Capped & Collared FRNs |
| 29 | Caps & Floors - An Introduction |
| 30 | Caps & Floors - Chooser & Double-Strike Structures |
| 31 | Caps & Floors - Pricing |
| 32 | Cash Management |
| 33 | Central Authorities |
| 34 | Clearance & Settlement |
| 35 | Closing a Project |
| 36 | CMS Option Structures |
| 37 | COB - Client Assets |
| 38 | COB - Dealing & Managing for Customers |
| 39 | COB - Rules For All Firms |
| 40 | COB - Rules for Attracting & Selling to Customers |

# LIST OF COURSES FROM INTUITION WEB SITE

| Count | Title |
|---|---|
| 41 | Collective Investment Schemes |
| 42 | Commodities - An Introduction |
| 43 | Commodities - Trading |
| 44 | Communications Management |
| 45 | Controlling a Project |
| 46 | Convertibles - An Introduction |
| 47 | Convertibles - Introduction to Convertible Valuation |
| 48 | Corporate Actions |
| 49 | Corporate Finance - An Introduction |
| 50 | Corporate Valuation - Acquisition Comparables Analysis |
| 51 | Corporate Valuation - An Overview |
| 52 | Corporate Valuation - Public Comparables Analysis |
| 53 | Cost Management |
| 54 | Credit Analysis |
| 55 | Credit Derivatives - An Introduction |
| 56 | Credit Derivatives - Basket Default Swaps |
| 57 | Credit Derivatives - Capital Structure Arbitrage |
| 58 | Credit Derivatives - Credit Default Swap Valuation |
| 59 | Credit Derivatives - Credit Default Swaps |
| 60 | Credit Derivatives - Credit Default Swaps |
| 61 | Credit Derivatives - Credit Spread Options |
| 62 | Credit Derivatives - Credit-Linked Notes |
| 63 | Credit Derivatives - Pricing Methods |
| 64 | Credit Derivatives - Regulation & Documentation |
| 65 | Credit Derivatives - Synthetic CDOs |
| 66 | Credit Derivatives - Total Rate of Return Swaps |
| 67 | Credit Derivatives - Types |
| 68 | Credit Derivatives - Uses & Applications |
| 69 | Credit Management |
| 70 | Credit Risk - An Introduction |
| 71 | Credit Risk - Mitigation |
| 72 | Credit Risk Modeling - An Introduction |
| 73 | Credit Risk Modeling - CreditMetrics |
| 74 | Credit Risk Modeling - CreditRisk+ |
| 75 | Credit Risk Modeling - KMV & Comparison of Models |
| 76 | Data Protection |
| 77 | Data Protection - UK |
| 78 | Dealing with Sexual Harassment |
| 79 | Derivatives - An Overview |
| 80 | Distributions & Confidence Levels |

**LIST OF COURSES FROM INTUITION WEB SITE**

| Count | Title |
|---|---|
| 81 | Diversity |
| 82 | Dividend Policy |
| 83 | Due Diligence and Anti-Money Laundering Switzerland |
| 84 | Duration & Convexity |
| 85 | Economic Indicators - Fundamentals |
| 86 | Economic Indicators in G5 Economies |
| 87 | Effective Coaching |
| 88 | Effective Communication |
| 89 | Effective Decision-Making |
| 90 | Effective Delegation |
| 91 | Effective Management of Change |
| 92 | Effective Meetings |
| 93 | Effective Motivation |
| 94 | Effective Objective Setting |
| 95 | Effective Team Building |
| 96 | Effective Team Leadership |
| 97 | Effective Time Management |
| 98 | Equality - 2006 |
| 99 | Equities - An Introduction |
| 100 | Equities - Issuing |
| 101 | Equities - Valuation |
| 102 | Equity Derivatives - An Introduction |
| 103 | Equity Derivatives - Equity Index Swaps |
| 104 | Equity Program Trading |
| 105 | Estimating Volatility |
| 106 | Ethics - Securities |
| 107 | EU Regulation |
| 108 | Eurobonds - An Introduction |
| 109 | Eurobonds - Issuing & Investing |
| 110 | European Bond Markets |
| 111 | European Equity Markets |
| 112 | Evaluating Capital Investment Decisions |
| 113 | Executing a Project |
| 114 | Financial Markets - An Introduction |
| 115 | Financial Planning |
| 116 | Financial Statements - Ratio Analysis |
| 117 | Fixed Income - Credit Risk |
| 118 | Floating Rate Notes (FRNs) |
| 119 | Foreign Exchange - Introduction to the Forwards Market |
| 120 | Foreign Exchange - Introduction to the Spot Market |

**LIST OF COURSES FROM INTUITION WEB SITE**

| Count | Title |
|---|---|
| 121 | Foreign Exchange - Market Evolution |
| 122 | Foreign Exchange - Market Overview |
| 123 | Forwards - An Introduction |
| 124 | Forwards - Pricing & Contract Valuation |
| 125 | FRAs - An Introduction |
| 126 | FRAs - Pricing |
| 127 | Futures - An Introduction |
| 128 | Futures - Arbitrage |
| 129 | Futures - Building a Yield Curve (Actual Dates) |
| 130 | Futures - Building A Yield Curve (Even Periods) |
| 131 | Futures - Examples of Hedges |
| 132 | Futures - Hedging |
| 133 | Futures - Major Futures Contracts |
| 134 | Futures - Trading |
| 135 | FX Dealing - Factors Influencing the FX Market |
| 136 | FX Dealing - Forwards Market - An Introduction |
| 137 | FX Dealing - Forwards Market - Arbitrage & FX Swaps |
| 138 | FX Dealing - Forwards Market - Calculations |
| 139 | FX Dealing - Forwards Market - Hedging & Cash Mgt |
| 140 | FX Dealing - Spot Market |
| 141 | FX Dealing - The Typical Day |
| 142 | FX Option Trading |
| 143 | fx spot |
| 144 | Global Financial Markets Library |
| 145 | Health & Safety |
| 146 | Hedge Funds |
| 147 | High Level Systems & Controls |
| 148 | Hong Kong Equity Market |
| 149 | Human Resources Management |
| 150 | Inflation-Linked Instruments - An Introduction |
| 151 | Inflation-Linked Instruments - Pricing |
| 152 | Initiating a Project |
| 153 | Integration Management |
| 154 | Interest Calculations & Compounding |
| 155 | Interest Rate Volatility |
| 156 | Introduction to Trade Processing |
| 157 | Investment - An Introduction |
| 158 | Investment Companies (US) - Fundamentals |
| 159 | Investment Trusts |
| 160 | Ireland Anti-Money Laundering |

**LIST OF COURSES FROM INTUITION WEB SITE**

| Count | Title |
| --- | --- |
| 161 | Japanese Bond Market |
| 162 | Japanese Equity Market |
| 163 | Letters of Credit - Structures & Forms of Payment |
| 164 | Letters of Credit - Types |
| 165 | Macroeconomics - An Overview |
| 166 | Macroeconomics - Determinants of GDP |
| 167 | Macroeconomics - Fiscal Policy |
| 168 | Macroeconomics - Inflation |
| 169 | Macroeconomics - Measurement of GDP & GNP |
| 170 | Macroeconomics - Monetary Policy |
| 171 | Macroeconomics - The Balance of Payments |
| 172 | Macroeconomics - Unemployment |
| 173 | Managing Problem Performance |
| 174 | Mandatory Data Protection |
| 175 | Margin |
| 176 | Market Abuse Directive |
| 177 | Market Conduct |
| 178 | Market Efficiency - The Concept |
| 179 | Market Efficiency - The Evidence |
| 180 | Math - Differentiation & Integration |
| 181 | Math - Indices, Exponential, Logs & Geometric Series |
| 182 | Mergers & Acquisitions |
| 183 | Money Market Calculations - Short-Term Instruments |
| 184 | Money Market Calculations - Term Instruments |
| 185 | Money Market Futures |
| 186 | Money Markets - An Introduction |
| 187 | Money Markets - Bills of Exchange |
| 188 | Money Markets - Call & Fixed Deposits |
| 189 | Money Markets - Certificates of Deposit (CDs) |
| 190 | Money Markets - Commercial Paper (CP) |
| 191 | Money Markets - Interest Rates |
| 192 | Money Markets - Repurchase (Repo) Agreements |
| 193 | Money Markets - Treasury Bills |
| 194 | Mutual Funds (US) - Fundamentals |
| 195 | Mutual Funds (US) - Investing, Services & Taxation |
| 196 | Mutual Funds (US) - Prospectus, Quotes, Fees & Income |
| 197 | NPV, IRR & Reinvestment Risk |
| 198 | Open-Ended Investment Companies (OEICs) |
| 199 | Operational Risk - An Introduction |
| 200 | Options - An Introduction |

**LIST OF COURSES FROM INTUITION WEB SITE**

| Count | Title |
|---|---|
| 201 | Options - Average Rate Options |
| 202 | Options - Barrier Options |
| 203 | Options - Basket & Spread Options - An Introduction |
| 204 | Options - Basket & Spread Options - Pricing |
| 205 | Options - Exotic Options |
| 206 | Options - Greeks |
| 207 | Options - Introduction to Option Valuation |
| 208 | Options - Managing an Interest Rate Option Book |
| 209 | Options - Managing an Option Portfolio |
| 210 | Options - Monte Carlo Simulation |
| 211 | Options - Pricing Models |
| 212 | Options - The Binomial Option Pricing Model |
| 213 | Options - Trading Strategies |
| 214 | Overview of Project Management |
| 215 | Planning Project Activities |
| 216 | Planning Project Costs |
| 217 | Planning Project Scope |
| 218 | Portfolio Management - Passive & Active Strategies |
| 219 | Portfolio Theory - Arbitrage Pricing Theory (APT) |
| 220 | Portfolio Theory - Performance Measurement Models |
| 221 | Portfolio Theory - Single-Index & Multi-Index Models |
| 222 | Portfolio Theory - The Capital Asset Pricing Model (CAPM) |
| 223 | Portfolio Theory - The Markowitz Model |
| 224 | Power Reverse Dual Currency (PRDC) Notes |
| 225 | Preparing & Controlling a Budget |
| 226 | Present Value, Future Value & Discount Factor |
| 227 | Present Value, Future Value & Discount Factor |
| 228 | Probability & Expected Return |
| 229 | Procurement Management |
| 230 | Professional Course - ACI Dealing Certificate |
| 231 | Professional Course - ACI Diploma |
| 232 | Professional Course - ACI Settlements Certificate |
| 233 | Professional Course - Certified Financial Analyst (CFA) |
| 234 | Professional Course - Financial Risk Manager (FRM) |
| 235 | Professional Course - Investment Administration Qualification (IAQ) |
| 236 | Professional Course - Investment Management Certificate (IMC) |
| 237 | Purchases & Sales |
| 238 | Quality Management |
| 239 | Range Accrual Structures |

**LIST OF COURSES FROM INTUITION WEB SITE**

| Count | Title |
|---|---|
| 240 | Regulation Regime |
| 241 | Regulatory Environment |
| 242 | Relative Value Trading - An Introduction |
| 243 | Relative Value Trading - Strategies & Risks |
| 244 | Reverse FRNs |
| 245 | Risk Management - An Overview |
| 246 | Risk Management - Anatomy of a Deal |
| 247 | Risk Management - Categories of Risk |
| 248 | Risk Management - Foreign Exchange Risk Analysis |
| 249 | Risk Management - Foreign Exchange Risk Control |
| 250 | Risk Management - Foreign Exchange Risk Revaluation |
| 251 | Risk Management - Int. Rate Risk Control (Case Studies) |
| 252 | Risk Management - Interest Rate Risk Analysis |
| 253 | Risk Management - Limits |
| 254 | Risk Management - Liquidity Analysis & Control |
| 255 | Risk Management - Positions & P/L Calculations |
| 256 | Sales - After the Sale |
| 257 | Sales - Building Rapport & Call Introduction |
| 258 | Sales - Client Needs & the Sales Cycle |
| 259 | Sales - Closing & Negotiating |
| 260 | Sales - Developing a Sales Solution |
| 261 | Sales - Prospecting |
| 262 | Sales - Selling the Benefits |
| 263 | Sales - Selling Value |
| 264 | Scope Management |
| 265 | Securitization - Asset-Backed Securities |
| 266 | Securitization - CDOs - An Introduction |
| 267 | Securitization - CDOs - Structures & Ratings |
| 268 | Securitization - Commercial Mortgage-Backed Securities |
| 269 | Securitization - Credit Card ABS |
| 270 | Securitization - European Mortgage-Backed Securities |
| 271 | Securitization - Fundamentals |
| 272 | Securitization - Mortgage-Backed Securities |
| 273 | Settlement & Custody |
| 274 | Singapore Equity Market |
| 275 | Structured Derivative Notes & Swaps |
| 276 | Swaps - An Introduction |
| 277 | Swaps - Applications |
| 278 | Swaps - Asset Swaps - An Introduction |
| 279 | Swaps - Asset Swaps - Pricing |

**LIST OF COURSES FROM INTUITION WEB SITE**

| Count | Title |
|---|---|
| 280 | Swaps - Book Management |
| 281 | Swaps - Constant Maturity Swaps |
| 282 | Swaps - Currency Swap Pricing & Valuation |
| 283 | Swaps - Currency Swaps |
| 284 | Swaps - Differential Swaps |
| 285 | Swaps - Documentation, Credit Risk & Termination |
| 286 | Swaps - Forward, Amortizing, & Zero-Coupon Swaps |
| 287 | Swaps - In-Arrears Swaps |
| 288 | Swaps - Interest Rate Swap Pricing |
| 289 | Swaps - Interest Rate Swap Valuation |
| 290 | Swaps - Overnight Indexed Swaps |
| 291 | Swaps - Pricing & Valuation (Part I) |
| 292 | Swaps - Pricing & Valuation (Part II) |
| 293 | Swaps - Variations |
| 294 | Swaptions |
| 295 | Target Redemption Notes (TARNs) |
| 296 | Technical Analysis - An Overview |
| 297 | Technical Analysis - Charting |
| 298 | Technical Analysis - Tools & Techniques |
| 299 | The Balance Sheet |
| 300 | The Cashflow Statement |
| 301 | The Income Statement |
| 302 | Time Management I |
| 303 | Time Management II |
| 304 | Trade Finance & Letters of Credit - An Introduction |
| 305 | Training & Competence |
| 306 | Treasury - Dealing Room Organization & Practices |
| 307 | Treasury Management - ALM - Fundamentals |
| 308 | Treasury Management - ALM Issues |
| 309 | Treasury Management - The Finances of a Bank |
| 310 | Treasury Management - The Treasury Department |
| 311 | Trigger Structures |
| 312 | UK Anti-Money Laundering |
| 313 | UK Bond Market |
| 314 | UK Equity Market |
| 315 | UK Regulatory Environment |
| 316 | Understanding Financial Reports |
| 317 | Unit Trusts |
| 318 | US Anti-Money Laundering |
| 319 | US Bond Market |

**LIST OF COURSES FROM INTUITION WEB SITE**

| Count | Title |
|---|---|
| 320 | US Equity Market |
| 321 | VAR - An Introduction |
| 322 | VAR - Historical Simulation & Other Issues |
| 323 | VAR - Monte Carlo Simulation |
| 324 | VAR - Variance-Covariance Approach |
| 325 | Volatility |
| 326 | Warrants - An Introduction |
| 327 | Warrants - Pricing |
| 328 | Weighted Average Cost of Capital (WACC) |
| 329 | Working Capital Management |
| 330 | Workplace Bullying |
| 331 | Zero-Coupon Bonds |