
**Search Records Results**

Serials Database (Author Search)
**Search For:** GLOBECON GROUP, LTD
*24 Items*
**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>**.

|  |  |
|---|---|
| Title: | Skills & applications |
| Additional Information: | : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-. |
| Note: | Monthly. Running ti.: S & A. |
| Holdings: | * acGlobecon Group, Ltd. |
|  | TX 5-271-923. 23Jun98; Apr98. PUB 1Apr98; |
|  | TX 5-271-923. 23Jun98; May98. PUB 1May98; |
|  | TX 5-271-923. 23Jun98; Jun98. PUB 1Jun98; |
|  | TX 5-318-753. 19Mar01; Jan99. PUB 1Jan99; |
|  | TX 5-318-753. 19Mar01; Feb99. PUB 1Feb99; |
|  | TX 5-318-753. 19Mar01; Mar99. PUB 1Mar99; |
|  | TX 5-318-752. 19Mar01; Apr99. PUB 1Apr99; |
|  | TX 5-318-752. 19Mar01; May99. PUB 1May99; |
|  | TX 5-318-752. 19Mar01; Jun99. PUB 1Jun99; |
| Title: | Skills & applications |
| Additional Information: | : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-. |
| Note: | Monthly. Running ti.: S & A. |
| Holdings: | * the acGlobecon Group, Ltd. |
|  | TX 2-168-596. 19Oct87; Oct87. DCR 1987; PUB 7Oct87; |
| Title: | Skills & applications |
| Additional Information: | : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-. |
| Note: | Monthly. Running ti.: S & A. |
| Holdings: | * acGlobecon Group, Ltd. |
|  | TX 3-489-073. 16Nov92; Jan92. PUB 1Jan92; |

TX 3-489-073. 16Nov92; Feb92. PUB 1Feb92;
TX 3-489-073. 16Nov92; Mar92. PUB 1Mar92;
TX 3-489-074. 16Nov92; Apr92. PUB 1Apr92;
TX 3-489-074. 16Nov92; May92. PUB 1May92;
TX 3-489-074. 16Nov92; Jun92. PUB 1Jun92;
TX 3-489-075. 16Nov92; Jul92. PUB 1Jul92;
TX 3-489-075. 16Nov92; Aug92. PUB 1Aug92;
TX 3-489-075. 16Nov92; Sep92. PUB 1Sep92;
TX 3-489-076. 16Dec92; Oct92. PUB 1Oct92;
TX 3-489-076. 16Dec92; Nov92. PUB 1Nov92;
TX 3-489-076. 16Dec92; Dec92. PUB 1Dec92;
TX 3-539-437. 5May93; Jan93. PUB 1Jan93;
TX 3-539-437. 5May93; Feb93. PUB 1Feb93;
TX 3-539-437. 5May93; Mar93. PUB 1Mar93;

Title: Skills & applications
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.
Note: Monthly. Running ti.: S & A.
Holdings: * acGlobecon Group, Ltd.
TX 3-629-344. 27Sep93; Jul93. PUB 1Jul93;
TX 3-629-344. 27Sep93; Aug93. PUB 1Aug93;
TX 3-629-344. 27Sep93; Sep93. PUB 1Sep93;

Title: Skills & applications
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.
Note: Monthly. Running ti.: S & A.
Holdings: * acGlobecon Group, Ltd.
TX 3-668-333. 19Jul93; Apr93. PUB 1Apr93;
TX 3-668-333. 19Jul93; May93. PUB 1May93;
TX 3-668-333. 19Jul93; Jun93. PUB 1Jun93;
TX 3-694-632. 29Dec93; Oct93. PUB 1Oct93;

           TX 3-694-632. 29Dec93; Nov93. PUB 1Nov93;
           TX 3-694-632. 29Dec93; Dec93. PUB 1Dec93;
           TX 3-740-320. 21Mar94; Jan94. PUB 1Jan94;
           TX 3-740-320. 21Mar94; Feb94. PUB 1Feb94;
           TX 3-740-320. 21Mar94; Mar94. PUB 1Mar94;

                      Title: Skills & applications
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.
                      Note: Monthly. Running ti.: S & A.
              Holdings: * acGlobecon Group, Ltd.
           TX 3-837-210. 1Jul94; Apr94. PUB 1Apr94;
           TX 3-837-210. 1Jul94; May94. PUB 1May94;
           TX 3-837-210. 1Jul94; Jun94. PUB 1Jun94;

                      Title: Skills & applications
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.
                      Note: Monthly. Running ti.: S & A.
              Holdings: * acGlobecon Group, Ltd.
           TX 4-005-329. 26Apr95; Oct94. PUB 1Oct94;
           TX 4-005-329. 26Apr95; Nov94. PUB 1Nov94;
           TX 4-005-329. 26Apr95; Dec94. PUB 1Dec94;
           TX 4-005-331. 26Apr95; Jan95. PUB 1Jan95;
           TX 4-005-331. 26Apr95; Feb95. PUB 1Feb95;
           TX 4-005-331. 26Apr95; Mar95. PUB 1Mar95;

                      Title: Skills & applications
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.
                      Note: Monthly. Running ti.: S & A.
              Holdings: * acGlobecon Group, Ltd.
           TX 4-156-513. 11Oct95; Jul94. PUB 1Jul94;
           TX 4-156-513. 11Oct95; Aug94. PUB 1Aug94;

        TX 4-156-513. 11Oct95; Sep94. PUB 1Sep94;
        TX 4-165-250. 4Dec95; Apr95. PUB 1Apr95;
        TX 4-165-250. 4Dec95; May95. PUB 1May95;
        TX 4-165-250. 4Dec95; Jun95. PUB 1Jun95;
        TX 4-165-285. 6Dec95; Jul95. PUB 1Jul95;
        TX 4-165-285. 6Dec95; Aug95. PUB 1Aug95;
        TX 4-165-285. 6Dec95; Sep95. PUB 1Sep95;
        TX 4-184-331. 3Jan96; Oct95. PUB 1Oct95;
        TX 4-184-331. 3Jan96; Nov95. PUB 1Nov95;
        TX 4-184-331. 3Jan96; Dec95. PUB 1Dec95;

Title: Skills & applications
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.
Note: Monthly. Running ti.: S & A.
Holdings: * acGlobecon Group, Ltd.
        TX 4-271-754. 6Jun96; Jan96. PUB 1Jan96;
        TX 4-271-754. 6Jun96; Feb96. PUB 1Feb96;
        TX 4-271-754. 6Jun96; Mar96. PUB 1Mar96;
        TX 4-311-441. 12Aug96; Apr96. PUB 1Apr96;
        TX 4-311-441. 12Aug96; May96. PUB 1May96;
        TX 4-311-441. 12Aug96; Jun96. PUB 1Jun96;

Title: Skills & applications
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.
Note: Monthly. Running ti.: S & A.
Holdings: * acGlobecon Group, Ltd.
        TX 4-673-999. 14Apr98; Oct97. PUB 1Oct97;
        TX 4-673-999. 14Apr98; Nov97. PUB 1Nov97;
        TX 4-673-999. 14Apr98; Dec97. PUB 1Dec97;
        TX 4-650-859. 14Apr98; Jan98. PUB 1Jan98;
        TX 4-650-859. 14Apr98; Feb98. PUB 1Feb98;

TX 4-650-859. 14Apr98; Mar98. PUB 1Mar98;

Title: Skills & applications  
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.  
Note: Monthly. Running ti.: S & A.  
Holdings: * acGlobecon Group, Ltd.  
TX 4-798-123. 8Dec97; Jan97. PUB 1Jan97;  
TX 4-798-123. 8Dec97; Feb97. PUB 1Feb97;  
TX 4-798-123. 8Dec97; Mar97. PUB 1Mar97;  
TX 4-798-124. 8Dec97; Apr97. PUB 1Apr97;  
TX 4-798-124. 8Dec97; May97. PUB 1May97;  
TX 4-798-124. 8Dec97; Jun97. PUB 1Jun97;  
TX 4-798-125. 8Dec97; Jul97. PUB 1Jul97;  
TX 4-798-125. 8Dec97; Aug97. PUB 1Aug97;  
TX 4-798-125. 8Dec97; Sep97. PUB 1Sep97;

Title: Skills & applications  
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.  
Note: Monthly. Running ti.: S & A.  
Holdings: * acGlobecon Group, Ltd.  
TX 4-911-467. 4Dec98; Jul98. PUB 1Jul98;  
TX 4-911-467. 4Dec98; Aug98. PUB 1Aug98;  
TX 4-911-467. 4Dec98; Sep98. PUB 1Sep98;  
TX 4-911-465. 12Feb99; Oct98. PUB 1Oct98;  
TX 4-911-465. 12Feb99; Nov98. PUB 1Nov98;  
TX 4-911-465. 12Feb99; Dec98. PUB 1Dec98;

Title: Techniques & products  
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.  
Note: Monthly.  
Holdings: * the acGlobecon Group, Ltd.

TX 2-173-454. 19Oct87; Oct87. DCR 1987; PUB 7Oct87;

Title: Techniques & products
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.
Note: Monthly.
Holdings: * acGlobecon Group, Ltd.
TX 3-474-283. 16Nov92; Jan92. PUB 1Jan92;
TX 3-474-283. 16Nov92; Feb92. PUB 1Feb92;
TX 3-474-283. 16Nov92; Mar92. PUB 1Mar92;
TX 3-489-077. 16Nov92; Apr92. PUB 1Apr92;
TX 3-489-077. 16Nov92; May92. PUB 1May92;
TX 3-489-077. 16Nov92; Jun92. PUB 1Jun92;
TX 3-469-993. 16Nov92; Jul92. PUB 1Jul92;
TX 3-469-993. 16Nov92; Aug92. PUB 1Aug92;
TX 3-469-993. 16Nov92; Sep92. PUB 1Sep92;
TX 3-474-282. 16Dec92; Oct92. PUB 1Oct92;
TX 3-474-282. 16Dec92; Nov92. PUB 1Nov92;
TX 3-474-282. 16Dec92; Dec92. PUB 1Dec92;
TX 3-539-436. 5May93; Jan93. PUB 1Jan93;
TX 3-539-436. 5May93; Feb93. PUB 1Feb93;
TX 3-539-436. 5May93; Mar93. PUB 1Mar93;

Title: Techniques & products
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.
Note: Monthly.
Holdings: * acGlobecon Group, Ltd.
TX 3-629-345. 27Sep93; Jul93. PUB 1Jul93;
TX 3-629-345. 27Sep93; Aug93. PUB 1Aug93;
TX 3-629-345. 27Sep93; Sep93. PUB 1Sep93;

Title: Techniques & products

| | |
|---|---|
| Additional Information: | : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-. |
| Note: | Monthly. |
| Holdings: | * acGlobecon Group, Ltd. |
| | TX 3-668-332. 19Jul93; Apr93. PUB 1Apr93; |
| | TX 3-668-332. 19Jul93; May93. PUB 1May93; |
| | TX 3-668-332. 19Jul93; Jun93. PUB 1Jun93; |
| | TX 3-694-633. 29Dec93; Oct93. PUB 1Oct93; |
| | TX 3-694-633. 29Dec93; Nov93. PUB 1Nov93; |
| | TX 3-694-633. 29Dec93; Dec93. PUB 1Dec93; |
| Title: | Techniques & products |
| Additional Information: | : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-. |
| Note: | Monthly. |
| Holdings: | * acGlobecon Group, Ltd. |
| | TX 3-837-610. 21Mar94; Jan94. PUB 1Jan94; |
| | TX 3-837-610. 21Mar94; Feb94. PUB 1Feb94; |
| | TX 3-837-610. 21Mar94; Mar94. PUB 1Mar94; |
| | TX 3-818-910. 1Jul94; Apr94. PUB 1Apr94; |
| | TX 3-818-910. 1Jul94; May94. PUB 1May94; |
| | TX 3-818-910. 1Jul94; Jun94. PUB 1Jun94; |
| | TX 3-916-045. 11Oct94; Jul94. PUB 1Jul94; |
| | TX 3-916-045. 11Oct94; Aug94. PUB 1Aug94; |
| | TX 3-916-045. 11Oct94; Sep94. PUB 1Sep94; |
| Title: | Techniques & products |
| Additional Information: | : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-. |
| Note: | Monthly. |
| Holdings: | * acGlobecon Group, Ltd. |
| | TX 4-005-330. 26Apr95; Oct94. PUB 1Oct94; |
| | TX 4-005-330. 26Apr95; Nov94. PUB 1Nov94; |
| | TX 4-005-330. 26Apr95; Dec94. PUB 1Dec94; |

Title: Techniques & products
Additional Information: : the finance update service of the Globecon Group, Ltd. -- Oct. 1987-.
Note: Monthly.
Holdings: * acGlobecon Group, Ltd.
TX 4-048-042. 26Apr95; Jan95. (CO corres.) PUB 1Jan95;
TX 4-048-042. 26Apr95; Feb95. (CO corres.) PUB 1Feb95;

Title: Techniques & solutions
Additional Information: .
Holdings: * acGlobecon Group, Ltd.
TX 4-165-251. 4Dec95; Apr95. PUB 1Apr95;
TX 4-165-251. 4Dec95; May95. PUB 1May95;
TX 4-165-251. 4Dec95; Jun95. PUB 1Jun95;
TX 4-165-261. 6Dec95; Jul95. PUB 1Jul95;
TX 4-165-261. 6Dec95; Aug95. PUB 1Aug95;
TX 4-165-261. 6Dec95; Sep95. PUB 1Sep95;
TX 4-184-332. 3Jan96; Oct95. PUB 1Oct95;
TX 4-184-332. 3Jan96; Nov95. PUB 1Nov95;
TX 4-184-332. 3Jan96; Dec95. PUB 1Dec95;

Title: Techniques & solutions
Additional Information: .
Holdings: * acGlobecon Group, Ltd.
TX 4-271-755. 6Jun96; Jan96. PUB 1Jan96;
TX 4-271-755. 6Jun96; Feb96. PUB 1Feb96;
TX 4-271-755. 6Jun96; Mar96. PUB 1Mar96;
TX 4-319-321. 12Aug96; Apr96. PUB 1Apr96;
TX 4-319-321. 12Aug96; May96. PUB 1May96;
TX 4-319-321. 12Aug96; Jun96. PUB 1Jun96;

|  |  |
|---|---|
| Title: | Techniques & solutions |
| Additional Information: | . |
| Note: | Monthly. |
| Holdings: | * acGlobecon Group, Ltd. |
|  | TX 4-668-665. 8Dec97; Jan97. (CO corres.) PUB 1Jan97; |
|  | TX 4-668-665. 8Dec97; Feb97. (CO corres.) PUB 1Feb97; |
|  | TX 4-668-665. 8Dec97; Mar97. (CO corres.) PUB 1Mar97; |
|  | TX 4-668-666. 8Dec97; Apr97. (CO corres.) PUB 1Apr97; |
|  | TX 4-668-666. 8Dec97; May97. (CO corres.) PUB 1May97; |
|  | TX 4-668-666. 8Dec97; Jun97. (CO corres.) PUB 1Jun97; |
|  | TX 4-668-667. 8Dec97; Jul97. (CO corres.) PUB 1Jul97; |
|  | TX 4-668-667. 8Dec97; Aug97. (CO corres.) PUB 1Aug97; |
|  | TX 4-668-667. 8Dec97; Sep97. (CO corres.) PUB 1Sep97; |
|  | TX 4-673-998. 14Apr98; Oct97. PUB 1Oct97; |
|  | TX 4-673-998. 14Apr98; Nov97. PUB 1Nov97; |
|  | TX 4-673-998. 14Apr98; Dec97. PUB 1Dec97; |
|  | TX 4-660-547. 14Apr98; Jan98. PUB 1Jan98; |
|  | TX 4-660-547. 14Apr98; Feb98. PUB 1Feb98; |
|  | TX 4-660-547. 14Apr98; Mar98. PUB 1Mar98; |
|  |  |
| Title: | Techniques & solutions |
| Additional Information: | . |
| Note: | Monthly. |
| Holdings: | * acGlobecon Group, Ltd. |
|  | TX 4-761-319. 8Dec97; Jul96. PUB 1Jul96; |
|  | TX 4-761-319. 8Dec97; Aug96. PUB 1Aug96; |
|  | TX 4-761-319. 8Dec97; Sep96. PUB 1Sep96; |
|  | TX 4-761-320. 8Dec97; Oct96. PUB 1Oct96; |
|  | TX 4-761-320. 8Dec97; Nov96. PUB 1Nov96; |
|  | TX 4-761-320. 8Dec97; Dec96. PUB 1Dec96; |
|  | TX 4-711-238. 23Jun98; Apr98. PUB 1Apr98; |

|  |  |
|---|---|
|  | TX 4-711-238. 23Jun98; May98. PUB 1May98; |
|  | TX 4-711-238. 23Jun98; Jun98. PUB 1Jun98; |
| Title: | Techniques & solutions |
| Additional Information: | . |
| Note: | Monthly. |
| Holdings: | * acGlobecon Group, Ltd. |
|  | TX 4-911-468. 4Dec98; Jul98. PUB 1Jul98; |
|  | TX 4-911-468. 4Dec98; Aug98. PUB 1Aug98; |
|  | TX 4-911-468. 4Dec98; Sep98. PUB 1Sep98; |
|  | TX 4-911-460. 12Feb99; Oct98. PUB 1Oct98; |
|  | TX 4-911-460. 12Feb99; Nov98. PUB 1Nov98; |
|  | TX 4-911-460. 12Feb99; Dec98. PUB 1Dec98; |
|  | TX 4-940-912. 26Jul99; Apr99. PUB 1Apr99; |
|  | TX 4-940-912. 26Jul99; May99. PUB 1May99; |
|  | TX 4-940-912. 26Jul99; Jun99. PUB 1Jun99; |

Home   |   Contact Us   |   Legal Notices   |   Freedom of Information Act (FOIA)   |   Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000