MARRERO

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GLOBECON GROUP, LLC,

                Plaintiff,

- against -

INTUITION PUBLISHING, INC. and
PATRICK PANCOAST,

                Defendants.
------------------------------------------------------------x

Case No.: 07-Civ. 2817 (VM)
ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, subject to Order of this Court, that the time of defendant Intuition Publishing, Inc. ("Intuition") to answer or move against the Complaint is extended to May 31, 2007; the undersigned counsel is authorized to accept service of the Complaint on behalf of Intuition; and Intuition waives any defense based on Fed. R. Civ. P. 12(b)(5) for insufficiency of service of process.

Dated: New York, New York
       April 27, 2007

ERIC J. ROTBARD, ESQ.

_[signature]_

Eric J. Rotbard, Esq. (ER0750)
81 Main Street, Suite 205
White Plains, New York 10601
(914) 422-2500
Attorney for Plaintiff

PROSKAUER ROSE LLP

By: _[signature]_

Bertrand C. Sellier (BS6875)
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
Attorneys for Defendant
  Intuition Publishing, Inc.

SO ORDERED: 30 April 2007

_[signature]_
U.S.D.J.