UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

GLOBECON GROUP, LLC,

        Plaintiff,

  – against –

INTUITION PUBLISHING, INC. and
PATRICK PANCOAST,

        Defendants,

------------------------------------------------------------

Case No. 07 Civ. 2817 (Marrero)
ECF Case

## <u>NOTICE OF MOTION</u>

   PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the

Declaration of Patrick Pancoast, dated May 11, 2007, and the exhibits annexed thereto, and the

Declaration of Jennifer L. Jones, dated May 31, 2007, and the exhibits annexed thereto,

defendant Intuition Publishing, Inc. will move this Court before the Honorable Victor Marrero, at

the United States District Court for the Southern District of New York, Courtroom 20B,

500 Pearl Street, New York, New York 10007, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1),

dismissing this action for lack of subject matter jurisdiction.  Pursuant to Local Civil Rule 6.1(b)

opposing papers, if any, are due on June 11, and reply papers are due on June 18.

Oral argument, if any, will be on a date and time designated by the Court.

Dated:    New York, New York
            May 31, 2007

                             PROSKAUER ROSE LLP


                        By:  /s/  Charles S. Sims
                              Charles S. Sims
                              Bertrand C. Sellier
                              Jennifer L. Jones
                        1585 Broadway
                        New York, New York 10036
                        *Attorneys for Defendant*
                          *Intuition Publishing, Inc.*


TO:    Eric J. Rotbard, Esq.
          81 Main Street, Suite 205
          White Plains, New York 10601
          *Attorney for Plaintiff*