UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

| | |
|---|---|
| GLOBECON GROUP, LLC,<br><br>                *Plaintiff,*<br><br>    – against –<br><br>INTUITION PUBLISHING, INC. and<br>PATRICK PANCOAST,<br><br>               *Defendants,* | Case No. 07 Civ. 2817 (Marrero)<br>ECF Case<br><br>**DECLARATION OF JENNIFER L. JONES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

---------------------------------------------------------------

Jennifer L. Jones declares under the penalty of perjury as follows:

1. I am associated with the law firm Proskauer Rose LLP, counsel to defendant Intuition Publishing, Inc. ("Intuition"). I respectfully submit this declaration, together with the accompanying brief and Declaration of Patrick Pancoast, in support of defendant's motion to dismiss for lack of subject matter jurisdiction, in order to put the Complaint and pertinent records of the Copyright Office conveniently before the court.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint (including exhibits C, E, G, I and M) filed in the above-captioned matter.

3. Attached hereto as Exhibit 2 are true and correct copies of Certificates of Registration obtained from the Register of Copyright. These Certificates of Registration correspond to the registration numbers provided in the summary embodied in Exhibit M to the Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 31, 2007.

                                                              /s/ Jennifer L. Jones