# EXHIBIT 2

FUNDS RECEIVED    MAR 1 9 2001

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



120527735

TX 5-271-923

EFFEC
(Assigned by Copyright Office)

Month 6 Day 23 Year 98

APPLICATION RECEIVED
JUN. 23 1998

ONE DEPOSIT RECEIVED
JUN 23 1998

EXAMINED BY    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

**TITLE ▼**    ISSN▼

Skills & Applications

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | April 1998 | April 1, 1998 |
| 3. | | | | |
| 4. | | | May 1998 | May 1, 1998 |
| 5. | | | | |
| 6. | | | June 1998 | June 1, 1998 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**No previous registration under identical title** ☐

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.    115 Broadway, NY NY    10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:**    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)    Michael Himes    Typed or printed name    Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name▶    Michael Himes
Daytime telephone number▶    212 608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number▶    DA073229
Name of account▶
Globecon Group

**MAIL CERTIFICATE TO**

Name▼
Michael Himes The Globecon Group, Ltd.
Number/Street/Apartment Number▼
115 Broadway  17th Floor
City/State/ZIP▼
New York, NY  10006

**Certificate will be mailed in window envelope**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1990–282-170/20,006

FEE CHANGES

Registration filing fees are effective through June 30, 1999. For information on the fee changes, write the Copyright Office, check http://www.loc.gov/copyrig 3000. Beginning as early a the Copyright Office may charge when insufficient fe

**120527757**

FUNDS RECEIV
**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE
REGIS   TX 5-318-753

MAR 19 2001

EFFECTIVE DATE OF REGISTRATION

3     19     01

APPLICATION RECEIVED
JUL 26 1999
ONE DEPOSIT RECEIVED
JUL 26 1999
EXAMINED BY                    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under this identical title ☐

**TITLE ▼**                                                    ISSN ▼

Skills & Applications

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | January 1999 | January 1, 1999 |
| 3. | | | | |
| 4. | | | February 1999 | February 1, 1999 |
| 5. | | | | |
| 6. | | | March 1999 | March 1, 1999 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

The Globecon Group, Ltd.   115 Broadway, NY NY 10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Michael Himes_          Typed or printed name   Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶  Michael Himes                          Daytime telephone ▶ 212 608-1160
Address (if other than given below) ▶

Fax ▶                              Email ▶

Certificate will be mailed in window envelope to this address:

Name ▼
Michael Himes   The Globecon Group
Number/Street/Apt ▼
115 Broadway   17th Floor
City/State/ZIP ▼
New York, NY   10006

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶ Globecon Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1998—20,000          ♲ PRINTED ON RECYCLED PAPER          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/60,038

**FEE CHANGES**
Registration filing fees are effective through June 30, 1999. For information on the fee changes, write the Copyright Office, check http://www.loc.gov/copyright, or call (202) 707-3000. Beginning as early as January 1, 2000, the Copyright charge when I

`120527746`

**FUNDS RECEIVED**

MAR 1 9 2001

# FORM SE/GROUP

**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

**TX 5-318-752**

**EFFECTIVE DATE OF REGISTRATION**

3    19    01

**APPLICATION RECEIVED**
JUL. 26. 1999

**ONE DEPOSIT RECEIVED**
JUL. 26. 1999

**EXAMINED BY**          **CORRESPONDENCE** ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1
**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼**          **ISSN ▼**

Skills & Applications

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | April 1999 | April 1, 1999 |
| 3. | | | | |
| 4. | | | May 1999 | May 1, 1999 |
| 5. | | | | |
| 6. | | | June 1999 | June 1, 1999 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2
**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

The Globecon Group, Ltd.   115 Broadway, NY NY   10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Michael Himes*          Typed or printed name   Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Michael Himes          Daytime telephone ▶ 212 608-1160
Address (if other than given below) ▶

Fax ▶          Email ▶

**Certificate will be mailed in window envelope to this address:**

Name ▼
Michael Himes   The Globecon Group

Number/Street/Apt ▼
115 Broadway   17th Floor

City/State/ZIP ▼
New York, NY   10006

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶ Globecon Group

MAR 10
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1998—20,000          ♻ PRINTED ON RECYCLED PAPER          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/80,038

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

II 2 168 596

EFFECTIVE DATE OF REGISTRATION

10   19   87

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS SERIAL ▼**

Skills & Applications

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 1 | 1 | October 1987 | monthly |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2**

**NOTE**

**NAME OF AUTHOR ▼**

The Globecon Group Ltd

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
OR { Citizen of ▶ U.S.A (corporation)
     Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Collective Work    Other

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
OR { Citizen of ▶
     Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Collective Work    Other

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
OR { Citizen of ▶
     Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Collective Work    Other

---

**3**
**4**

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED**
1987

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Date ▶ October 7 1987
Nation ▶ U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

The Globecon Group Ltd
7 Murray St
New York, NY 10007

APPLICATION RECEIVED

**TRANSFER** If the claimant is named here in space 4 is different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**

DO NOT WRITE HERE

Page 2 of __ pages

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TX 3 468 075

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

11   16   92
Month   Day   Year

APPLICATION RECEIVED
NOV 16 1992   FEB 18 1993

ONE DEPOSIT RECEIVED
NOV 16 1992

EXAMINED BY ☑   CORRESPONDENCE ☑

DO NOT WRITE ABOVE THIS LINE.

**TITLE ▼**   ISSN ▼

# 1

List in order of publication

## Skills & Applications

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | January 1992 | January 1, 1992 |
| 2. | | | February 1992 | February 1, 1992 |
| 3. | | | March 1992 | March 1, 1992 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

# 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

The Globecon Group, Ltd.       71 Murray Street  N.Y. N.Y. 10007

FOR NON-U.S. WORKS: Author's citizenship ▼       Domicile ▼       Nation of publication ▼

**CERTIFICATION**: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____       Typed or printed name ▶ Megan Karlen

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Megan Karlen

Daytime telephone number ▶ 212-608-1160

Address (if other than given below) ▶

**DEPOSIT ACCOUNT**

Account number ▶ DA073229

Name of account ▶ Globecon Group Limited

MAIL CERTIFICATE TO

| Name ▼ | |
|---|---|
| Megan Karlen | The Globecon Group, Ltd. |
| Number/Street/Apartment Number ▼ | |
| 71 Murray Street | 10th floor |
| City ▼ | |
| New York, NY  10007 | |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

☆ U.S. GOVERNMENT PRINTING OFFICE: 1989-282-170/60,149

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 3 489 074**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 11 | 16 | 92 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
NOV. 16 1992    FEB. 18 1993

ONE DEPOSIT RECEIVED
NOV. 16 1992

EXAMINED BY        CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

TITLE ▼

ISSN ▼

### Skills & Applications

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1 | | | April 1992 | April 1, 1992 |
| 2 | | | May 1992 | May 1, 1992 |
| 3 | | | June 1992 | June 1, 1992 |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

The Globecon Group, Ltd.        71 Murray Street   N.Y. N.Y. 10007

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)                        Typed or printed name ▶ Megan Karlen

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name▶ Megan Karlen

Daytime telephone number▶ 212-608-1160

Address (if other than given below)▶

DEPOSIT ACCOUNT
Account number▶ DR073229
Name of account▶
Globecon Group Limited

MAIL CERTIFICATE TO

Megan Karlen  The Globecon Group, Ltd.

Number/Street/Apartment Number▼
71 Murray Street        10th floor

City/State/ZIP▼
New York, NY  10007

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☑ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

☆ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,009

# FORM SE/GROUP 
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 3 469 075**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

11    16    92
Month    Day    Year

APPLICATION RECEIVED
NOV. 16. 1992    FEB. 18. 1993

ONE DEPOSIT RECEIVED
NOV. 16. 1992

EXAMINED BY     CORRESPONDENCE ✓

**DO NOT WRITE ABOVE THIS LINE.**

## 1
TITLE ▼           ISSN ▼

Skills & Applications

List all titles of publication

| Volume▼ | Number▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|
| 1. | | July 1992 | July 1, 1992 |
| 2. | | August 1992 | August 1, 1992 |
| 3. | | September 1992 | September 1, 1992 |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

## 2
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

The Globecon Group, Ltd.     71 Murray Street    N.Y. N.Y. 10007

FOR NON-U.S. WORKS: Author's citizenship ▼     Domicile ▼     Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____ Typed or printed name ▶ Megan Karlen

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Megan Karlen

Daytime telephone number ▶ 212-608-1160

Address (if other than given below) ▶ _____

DEPOSIT ACCOUNT

Account number ▶ DA073229

Name of account ▶

Globecon Group Limited

MAIL CERTIFICATE TO

Name ▼

Megan Karlen    The Globecon Grup, Ltd.

Number/Street/Apartment Number ▼

71 Murray Street    10th floor

City/State/ZIP ▼

New York, NY   10007

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS

a ☒ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TI 3 489 076

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Dec. 16, 1992
Month        Day        Year

APPLICATION RECEIVED
DEC 16 1992                    FEB 18 1993

ONE DEPOSIT RECEIVED
DEC 16 1992

EXAMINED BY          CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE ▼
List in order of publication

**Skills & Applications**

ISSN ▼

| Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|
| 1. | | October 1992 | October 1, 1992 |
| 2. | | November 1992 | November 1, 1992 |
| 3. | | December 1992 | December 1, 1992 |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE.

The Globecon Group, Ltd.    71 Murray Street   N.Y. N.Y. 10007

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)                          Typed or printed name  Megan Karlen

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶  Megan Karlen
Daytime telephone number ▶  212-608-1160
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶ DA073229
Name of account ▶
Globecon Group Limited

MAIL CERTIFICATE TO

Name ▼
Megan Karlen  the Globecon Group, Ltd.

Number/Street/Apartment Number ▼
71 Murray Street    10th floor

City/State/ZIP ▼
New York, NY 10007

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☒ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Library of Congress
Library of Congress
Washington, D.C. 20559

* U.S. GOVERNMENT PRINTING OFFICE: 1989-282-170/20,006

**FORM SE/GROUP** ■
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX  3 538 437

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

5 _Month_  5 _Day_  93 _Year_

APPLICATION RECEIVED
MAY 05 1993

ONE DEPOSIT RECEIVED
MAY 05 1993

EXAMINED BY                    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE ▼

ISSN ▼

List all the titles in the group

**Skills & Applications**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | January 1993 | January 1, 1993 |
| 2. | | | February 1993 | February 1, 1993 |
| 3. | | | March 1993 | March 1, 1993 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

The Globecon Group, Ltd.          71 Murray Street  NY  NY 10007

FOR NON-U.S. WORKS: Author's citizenship ▼     Domicile ▼     Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _[signature]_

Typed or printed name  **Megan Karlen**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name▶ **Megan Karlen**
Daytime telephone number▶ **(212) 608-1160**
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number▶ DA073229
Name of account▶
Globecon Group, Ltd.

Mail certificate to

| Name▼ | |
|---|---|
| **Megan Karlen** | **The Globecon Group, Ltd.** |

Number/Street/Apartment number▼

**71 Murray Street     10th Floor**

City/State/ZIP▼

**New York, NY     10007**

REPRODUCTION FOR USE OF
BLIND OR PHYSICALLY
HANDICAPPED INDIVIDUALS
a ☑ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX  3  629  344

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

**SEP 27 1993**

| Month | Day | Year |

APPLICATION RECEIVED

SEP 27 1993

ONE DEPOSIT RECEIVED

SEP 27 1993

EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

TITLE ▼                                    ISSN▼

## SKILLS & APPLICATIONS

**1** List in order of publication

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1 | | | July. 1993 | July 1, 1993 |
| 2 | | | | |
| 3 | | | August 1993 | August 1, 1993 |
| 4 | | | | |
| 5 | | | September 1993 | September 1, 1993 |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

The Globecon Group, Ltd.                    71 Murray Street, New York, NY 10007

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)                    Typed or printed name    Megan Karlen

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM          DEPOSIT ACCOUNT DA073229

Name ▶ Megan Karlen                    Account number ▶
Daytime telephone number ▶  (212) 608-1160          Name of account ▶
Address (if other than given below) ▶                    Globecon Group, Ltd.

MAIL CERTIFICATE TO

| Name▼ | | |
|---|---|---|
| Megan Karlen | The Globecon Group, Ltd. | |
| Number/Street/Apartment Number ▼ | | |
| 71 Murray Street | 10th floor | |
| City/State/ZIP ▼ | | |
| New York, NY 10007 | | |

Certificate will be mailed in window envelope

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☒ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
April 1991—200,000

* U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,018

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

TX 3-668-333

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

JUL 19 1993
Month    Day    Year

**APPLICATION RECEIVED**
JUL 19 1993

**ONE DEPOSIT RECEIVED**
JUL 19 1993

EXAMINED BY                    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**
List in order of publication

TITLE ▼                                              ISSN ▼

### Skills & Applications

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | April 1993 | April 1, 1993 |
| 2. | | | | |
| 3. | | | May 1993 | May 1, 1993 |
| 4. | | | June 1993 | June 1, 1993 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

The Globecon Group, Ltd.                    71 Murray St. NY NY 10007

**FOR NON-U.S. WORKS:** Authors citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)                    Typed or printed name ▶ Megan Karlen

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Megan Karlen
Daytime telephone number ▶ (212) 608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶
Globecon Group, Ltd.

**MAIL CERTIFICATE TO**

Name ▼
Megan Karlen        The Globecon Group, Ltd.

Number/Street/Apartment Number ▼
71 Murray St.    10th floor

City/State/ZIP ▼
New York, NY 10007

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000

● U.S. GOVERNMENT PRINTING OFFICE: 1991-282-179/20,016

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER:

## TX 3 694 632

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 12 | 29 | 93 |
|----|----|----|
| Month | Day | Year |

APPLICATION RECEIVED
DEC 29 1993

ONE DEPOSIT RECEIVED
DEC 29 1993

EXAMINED BY _RLC_   CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1
List in order of publication

TITLE ▼                                   ISSN ▼

SKILLS & APPLICATIONS

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|----|----------|----------|------------------------|---------------------------------------|
| 1. | | | | |
| 2. | | | | |
| 3. | | | October 1993 | October 1, 1993 |
| 4. | | | November 1993 | November 1, 1993 |
| 5. | | | | |
| 6. | | | December 1993 | December 1, 1993 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

The Globecon Group, Ltd.                71 Murray Street, N.Y., N.Y. 10007

FOR NON-U.S. WORKS: Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____     Typed or printed name ▶ Megan Karlen

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name ▶ Megan Karlen
Daytime telephone number ▶ 212-608-1160
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶ DH073229
Name of account ▶ Globecon Group

MAIL CERTIFICATE TO

Name ▼ Megan Karlen      The Globecon Group, Ltd.

Number/Street/Apartment Number ▼
71 Murray Street      10th floor

City/State/ZIP ▼
New York, NY 10007

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☑ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000

⋆ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

TX 3-740-320

EFFECTIVE
(Assigned by Copyright Office)

| MARCH | 21 | 1994 |
|-------|-----|------|
| Month | Day | Year |

APPLICATION RECEIVED
MAR 21 1994

ONE DEPOSIT RECEIVED
MAR 21 1994

EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title

TITLE ▼              ISSN ▼

**SKILLS & APPLICATIONS**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | January 1994 | January 1, 1994 |
| 3. | | | | |
| 4. | | | February 1994 | February 1, 1994 |
| 5. | | | | |
| 6. | | | March 1994 | March 1, 1994 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

The Globecon Group, Ltd.        71 Murray Street  N.Y. N.Y. 10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)                         Typed or printed name    **Megan Karlen**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name ▶ Megan Karlen
Daytime telephone number ▶ 212-608-1160
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶ DA073229
Name of account ▶
Globecon Group

| MAIL CERTIFI-CATE TO | Name ▼  Megan Karlen    The Globecon Group, Ltd. |
|---|---|
| | Number/Street/Apartment Number ▼  71 Murray Street    10th floor |
| Certificate will be mailed in window envelope | City/State/ZIP ▼  New York, NY 10007 |

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☒ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000                    ✩ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,008

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

TX 3-837-210

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| | | |
|---|---|---|
| 7 | 1 | 94 |
| Month | Day | Year |

APPLICATION RECEIVED
JUL 01 1994

ONE DEPOSIT RECEIVED
JUL 01 1994

EXAMINED BY _____    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

# 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼**

SKILLS & APPLICATIONS

**ISSN ▼**

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | April 1994 | April 1, 1994 |
| 3. | | | | |
| 4. | | | May 1994 | May 1, 1994 |
| 5. | | | | |
| 6. | | | June 1994 | June 1, 1994 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

# 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.    71 Murray Street N.Y. N.Y. 10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:**    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____    Typed or printed name    Megan Karlen

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name▶ Megan Karlen
Daytime telephone number▶ 212-608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number▶ DA073229
Name of account▶
Globecon Group

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name▼ Megan Karlen    The Globecon Group, Ltd.
Number/Street/Apartment Number▼ 71 Murray Street    10th floor
City/State/ZIP▼ New York, NY 10007

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000    ✩ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,008

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE
RE:

TX 4-005-329

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| 4 | 26 | 95 |
|---|----|----|
| Month | Day | Year |

**APPLICATION RECEIVED**
APR 26, 1995

**ONE DEPOSIT RECEIVED**
APR 26, 1995

**EXAMINED BY** AWD    **CORRESPONDENCE** ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No Previous registration under identical title ☐

**TITLE ▼**    SKILLS + APPLICATIONS    **ISSN ▼**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | OCTOBER 1994 | OCTOBER 1, 1994 |
| 4. | | | | |
| 5. | | | November 1994 | November 1, 1994 |
| 6. | | | | |
| 7. | | | DECEMBER 1994 | DECEMBER 1, 1994 |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.    71 Murray St. N.Y. N.Y. 10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

07185500

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____    Typed or printed name MEGAN KARLEN

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ MEGAN KARLEN
Daytime telephone number ▶ 212-608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶ Globecon Group

**MAIL CERTIFICATE TO**

Name ▼ Megan Karlen, The Globecon Group, Ltd.
Number/Street/Apartment Number ▼ 71 Murray St.    10th floor
City/State/ZIP ▼ New York, N.Y. 10007

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☒ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000    ☉ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE

RE

**TX 4-005-331**

*TX0004005331A

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 4 | 26 | 95 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
APR 26 1995

ONE DEPOSIT RECEIVED
APR 26 1995

EXAMINED BY  AWD          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1 List in order of publication

No previous registration under identical title ☐

**TITLE ▼**   SKILLS & APPLICATIONS          **ISSN ▼**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | January 1995 | January 1, 1995 |
| 5. | | | February 1995 | February 1, 1995 |
| 6. | | | | |
| 7. | | | March 1995 | March 1, 1995 |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.          71 Murray St., N.Y., N.Y.   10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____          Typed or printed name  Megan Karlen

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Megan Karlen
Daytime telephone number ▶ 212-608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶ Globecon Group

**MAIL CERTIFICATE TO**

Name ▼
Megan Karlen , The Globecon Group, Ltd.
Number/Street/Apartment Number ▼
71 Murray St.   10th floor
City/State/ZIP ▼
New York, NY 10007

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,006

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE

REGIS

**TX 4-156-513**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 10 Month | 11 Day | 94 Year |
|---|---|---|

APPLICATION RECEIVED
10/11/94

ONE DEPOSIT RECEIVED
10/11/94

EXAMINED BY ☐ CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1
**List in order of publication**

No previous registration under identical title

TITLE ▼

### SKILLS & APPLICATIONS

ISSN ▼

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | JULY 1994 | July 1, 1994 |
| 4. | | | | |
| 5. | | | AUGUST 1994 | August 1, 1994 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | SEPTEMBER 1994 | September 1, 1994 |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.        71 Murray St. N.Y. N.Y. 10007

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____        Typed or printed name    **Megan Karlen**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ **Megan Karlen**
Daytime telephone number ▶ **212-608-1160**
Address (if other than given below) ▶ .

**DEPOSIT ACCOUNT**
Account number ▶ **DA073229**
Name of account ▶
**Globecon Group**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
**Megan Karlen    The Globecon Group, Ltd.**
Number/Street/Apartment Number ▼
**71 Murray Street        10th floor**
City/State/ZIP ▼
**New York, NY 10007**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☑ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000

☼ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE
REC

**TX 4-165-250**

▪TX0000416525▪▪

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 12 | 4 | 95 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
DEC 0 4 1995

ONE DEPOSIT RECEIVED
DEC 0 4 1995

EXAMINED BY  *HWD*       CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1
List in order of publication

No previous registration under identical title

**TITLE ▼**       ISSN ▼

### SKILLS & APPLICATIONS

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | April 1995 | April 1, 1995 |
| 4. | | | May 1995 | May 1, 1995 |
| 5. | | | | |
| 6. | | | June 1995 | June 1, 1995 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.   71 Murray St., N.Y. N.Y.   10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼       Domicile ▼       Nation of publication ▼

07691298

**CERTIFICATION*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)       Typed or printed name   *Megan Karlen*

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶  Megan Karlen
Daytime telephone number ▶   212 608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶
Name of account ▶ *DA073229*

*Globecon Group*

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Megan Karlen The Globecon Group, Ltd.
Number/Street/Apartment Number ▼
71 Murray St., 10th floor
City/State/ZIP ▼
New York, NY 10007

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

April 1991—100,000

☼ U.S. GOVERNMENT PRINTING OFFICE: 1991–282-170/20,016

# FORM SE/GROUP

UNITED STATES COPYRIGHT OFFICE

RI

**TX 4-165-285**

*TX0041165285*

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

**DEC 0 6 1995**
Month     Day     Year

APPLICATION RECEIVED
DEC 0 6 1995

ONE DEPOSIT RECEIVED
DEC 0 6 1995

EXAMINED BY *MRC*     CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title

☐

**TITLE ▼**     *Skills & Applications*     **ISSN ▼**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | *July 1995* | *July 1, 1995* |
| 3. | | | | |
| 4. | | | *August 1995* | *August 1, 1995* |
| 5. | | | | |
| 6. | | | *September 1995* | *September 1, 1995* |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

*The Globecon Group, Ltd., 71 Murray St., N.Y. N.Y. 10007*

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

077241247

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)     Typed or printed name     **Megan Karlen**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ *Megan Karlen*
Daytime telephone number ▶ *212 608-1160*
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶ *DA073229*
Name of account ▶
*Globecon Group*

**MAIL CERTIFICATE TO**

Name ▼     *Megan Karlen     ra The Globecon Group*

Number/Street/Apartment Number ▼     *71 Murray St., 10th Floor*

City/State/ZIP ▼     *New York, NY 10007*

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000     ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

# FORM SE/GROUP
### UNITED STATES COPYRIGHT OFFICE

**TX 4-184-331**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 1 | 3 | 96 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
JAN 0 3 1996

ONE DEPOSIT RECEIVED
JAN 0 3 1996

EXAMINED BY    *L ms*    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** List in order of publication

**TITLE ▼**    *Skills & Applications*    **ISSN ▼**

identical title ☐

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | October 1995 | October 1, 1995 |
| 3. | | | | |
| 4. | | | November 1995 | November 1, 1995 |
| 5. | | | | |
| 6. | | | December 1995 | December 1, 1995 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

*The Globecon Group, Ltd.   71 Murray St., N.Y. N.Y.   10007*

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION\*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____    Typed or printed name *Megan Karlen*

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ *Megan Karlen*
Daytime telephone number ▶ *212 608-1160*
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶ *DA073229*
Name of account ▶ *Globecon Group*

**MAIL CERTIFICATE TO**

Name ▼   *Megan Karlen The Globecon Group Ltd.*

Number/Street/Apartment Number ▼

City/State/ZIP ▼   *71 Murray STreet   10th floor*
*New York, NY   10007*

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☒ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000    ★ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE

**TX 4-271-754**

*TX0004271754*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| JUNE | 06 | 1996 |
|------|-----|------|
| Month | Day | Year |

APPLICATION RECEIVED
JUN 06 1996

ONE DEPOSIT RECEIVED
JUN 06 1996

EXAMINED BY _mo_    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1
List in order of publication

No previous registration under identical title

**TITLE ▼**    ISSN▼

### SKILLS & APPLICATIONS

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | January 1996 | January 1, 1996 |
| 2. | | | | |
| 3. | | | February 1996 | February 1, 1996 |
| 4. | | | | |
| 5. | | | March 1996 | March 1, 1996 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.    71 Murray St. N.Y. N.Y. 10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION\*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____    Typed or printed name    Megan Karlen

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name▶  Megan Karlen
Daytime telephone number▶  212 608-1160
Address (if other than given below)▶

**DEPOSIT ACCOUNT**  DA073229
Account number▶
Name of account▶  Globecon Group

**MAIL CERTIFICATE TO**

Name▼
Megan Karlen   The Globecon Group, Ltd.
Number/Street/Apartment Number▼
71 Murray Str.   10th floor
City/State/ZIP▼
New York    New York, 10007

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE

TX 4-311-441

*TX004311441*

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| 8 | 12 | 96 |
|---|---|---|
| Month | Day | Year |

**APPLICATION RECEIVED**
AUG 12 1996

**ONE DEPOSIT RECEIVED**
AUG 12 1996

EXAMINED BY | CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**TITLE ▼**                                  ISSN▼

## SKILLS & APPLICATIONS

List

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | April 1996 | April 1, 1996 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | May 1996 | May 1, 1996 |
| 7. | | | | |
| 9. | | | June 1996 | June 1, 1996 |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

*082459309*

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd. 71 Murray St., N.Y. N.Y. 10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that, the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____   Typed or printed name ▶ Megan Karlen

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Megan Karlen
Daytime telephone number ▶ 212-608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶ Globecon Group

**MAIL CERTIFICATE TO**

Name ▼ Megan Karlen   The Globecon Group, Ltd.
Number/Street/Apartment Number▼ 71 Murray St.   10th floor
City/State/ZIP▼ New York, NY 10007

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000

⋆ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

**TX 4-673-999**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month 4  Day 14  Year 98

APPLICATION RECEIVED
APR 14 1998

ONE DEPOSIT RECEIVED
APR 14 1998

EXAMINED BY ☑          CORRESPONDENCE ☐

099515335

**DO NOT WRITE ABOVE THIS LINE.**

**1**
List in order of publication

No previous registration under identical title ☐

TITLE ▼       ISSN ▼

Skills & Applications

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | October 1997 | October 1, 1997 |
| 3. | | | | |
| 4. | | | November 1997 | November 1, 1997 |
| 5. | | | | |
| 6. | | | December 1997 | December 1, 1997 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

The Globecon Group, Ltd.     115 Broadway, NY NY    10006

FOR NON-U.S. WORKS: Author's citizenship ▼       Domicile ▼       Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _Michael Himes_       Typed or printed name  Michael Himes

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Michael Himes

Daytime telephone number ▶ 212 608-1160

Address (if other than given below) ▶

DEPOSIT ACCOUNT

Account number ▶ DA073229

Name of account ▶ Globecon Group

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name▼
Michael Himes  The Globecon Group, Ltd.

Number/Street/Apartment Number▼
115 Broadway  17th Floor

City/State/ZIP▼
New York, NY  10006

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000

☆ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

097943291

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

TX 4-650-859

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

4 / 14 / 98
Month  Day  Year

APPLICATION RECEIVED
APR 14 1998

ONE DEPOSIT RECEIVED
APR 14 1998

EXAMINED BY  (X)          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

TITLE ▼  Skills & Applications                    ISSN ▼

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | January 1998 | January 1, 1998 |
| 3. | | | | |
| 4. | | | February 1998 | February 1, 1998 |
| 5. | | | | |
| 6. | | | March 1998 | March 1, 1998 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

The Globecon Group, Ltd.  115 Broadway, NY NY  10006

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)  _Michael Himes_        Typed or printed name  Michael Himes

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Michael Himes

Daytime telephone number ▶ 212 508-1160

Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶ DA073229
Name of account ▶
Globecon Group

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼ Michael Himes  The Globecon Group, Ltd.

Number/Street/Apartment Number ▼ 115 Broadway  17th Floor

City/State/ZIP ▼ New York, NY  10006

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000

• U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE

**TX 4-798-123**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 12 | 8 | 1997 |
|----|---|------|
| Month | Day | Year |

APPLICATION RECEIVED
DEC 08 1997

ONE DEPOSIT RECEIVED
DEC 08 1997

EXAMINED BY ___          CORRESPONDENCE ☐

\* Regrouped in 3 month intervals by C.O.

DO NOT WRITE ABOVE THIS LINE.

## 1

**List in order of publication**

See instructions identical title

**TITLE ▼**          Skills & Applications          **ISSN ▼**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|----|----------|----------|------------------------|--------------------------------------|
| 1. | | | January 1997 | January 1, 1997 |
| 2. | | | February 1997 | February 1, 1997 |
| 3. | | | March 1997 | March 1, 1997 |
| 4. | | | April 1997 | April 1, 1997 * |
| 5. | | | May 1997 | May 1, 1997 * |
| 6. | | | June 1997 | June 1, 1997 * |
| 7. | | | July 1997 | July 1, 1997 * |
| 8. | | | August 1997 | August 1, 1997 * |
| 9. | | | September 1997 | September 1, 1997 * |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.   115 Broadway, NY. NY. 10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _Michael W. Himes_          Typed or printed name   Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michael Himes
Daytime telephone number ▶ 212 608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶ Globecon Group

**MAIL CERTIFICATE TO**

Name ▶ Michael Himes   The Globecon Group, Ltd.
Number/Street/Apartment Number ▼ 115 Broadway   17th Floor
City/State/ZIP ▼ New York, NY   10006

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Certificate will be mailed in window envelope

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,008

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-798-124

EFFE
(Assig

| 12 | 8 | 1997 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
DEC 08 1997

ONE DEPOSIT RECEIVED
DEC 08 1997

EXAMINED BY

CORRESPONDENCE ☐

\* Regrouped in 3 month intervals by C.O.

DO NOT WRITE ABOVE THIS LINE.

## 1

List in order of publication

No
...
identical
title
☐

TITLE ▼

Skills & Applications

ISSN ▼

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | January 1997 | January 1, 1997* |
| 3. | | | February 1997 | February 1, 1997* |
| 4. | | | March 1997 | March 1, 1997* |
| 5. | | | April 1997 | April 1, 1997 |
| 6. | | | May 1997 | May 1, 1997 |
| 7. | | | June 1997 | June 1, 1997 |
| 8. | | | July 1997 | July 1, 1997* |
| 9. | | | August 1997 | August 1, 1997* |
| 10. | | | September 1997 | September 1, 1997* |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

The Globecon Group, Ltd.   115 Broadway, NY. NY. 10006

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) *Michael W Himes*          Typed or printed name   Michael Himes

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶   Michael Himes
Daytime telephone number ▶   212 608-1160
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶ DA073229
Name of account ▶
Globecon Group

MAIL CERTIFICATE TO

Name ▼   Michael Himes   The Globecon Group, Ltd.
Number/Street/Apartment Number ▼   115 Broadway   17th Floor
City/State/ZIP ▼   New York, NY   10006

Certificate will be mailed in window envelope

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000          ☆ U.S GOVERNMENT PRINTING OFFICE: 1990-282-170/20,006

**FORM SE/GROUP** 
UNITED STATES COPYRIGHT

**TX 4-798-125**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

12          8          1997
Month       Day        Year

APPLICATION RECEIVED
DEC 08.1997

ONE DEPOSIT RECEIVED
DEC 08.1997

EXAMINED BY          CORRESPONDENCE ☐

\* Regrouped in 3 month intervals by c.O.

**DO NOT WRITE ABOVE THIS LINE.**

# 1
List in order of publication

No previous registration for the identical title

TITLE ▼                                                          ISSN▼

Skills & Applications

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | January 1997 | January 1, 1997 * |
| 3. | | | February 1997 | February 1, 1997 * |
| 4. | | | March 1997 | March 1, 1997 * |
| 5. | | | April 1997 | April 1, 1997 * |
| 6. | | | May 1997 | May 1, 1997 * |
| 7. | | | June 1997 | June 1, 1997 * |
| 8. | | | July 1997 | July 1, 1997 |
| 9. | | | August 1997 | August 1, 1997 |
| 10. | | | September 1997 | September 1, 1997 |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.   115 Broadway, NY. NY. 10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _Michael W Himes_          Typed or printed name   Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name▶   Michael Himes
Daytime telephone number▶   212 608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number▶   DA073229
Name of account▶
Globecon Group

**MAIL CERTIFICATE TO**
Name▼
Michael Himes   The Globecon Group, Ltd.
Number/Street/Apartment Number▼
115 Broadway   17th Floor
City/State/ZIP▼
New York, NY   10006

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
November 1990—30,000                                    ★ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,008

**FEE CHANGES**
Registration filing fees are effective through
June 30, 1999. For information on the fee
changes, write the Copyright Office, check
http://www.loc.gov/copyright, or call (202) 707-
3000. Beginning ~~ ~~~
the Copyright
charge when I



102735162

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE
REG

**TX 4-911-467**

**EFFECTIVE DATE OF REGISTRATION**

*Dec   04   1998*

**APPLICATION RECEIVED**
DEC 0 4 1998
**ONE DEPOSIT RECEIVED**
DEC 0 4 1998
**EXAMINED BY**          CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

# 1

**List in order of publication**

**No previous registration under identical title**

TITLE ▼          ISSN ▼

Skills & Applications

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | July 1998 | July 1, 1998 |
| 3. | | | | |
| 4. | | | August 1998 | August 1, 1998 |
| 5. | | | | |
| 6. | | | September 1998 | September 1, 1998 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

# 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

The Globecon Group, Ltd.   115 Broadway, NY NY   10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature (X) *Michael Himes*          Typed or printed name   Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Michael Himes          Daytime telephone ▶ 212 608-1160
Address (if other than given below) ▶

Fax ▶          Email ▶

**Certificate will be mailed in window envelope to this address:**

Name ▼
Michael Himes   The Globecon Group, Ltd.
Number/Street/Apt ▼
115 Broadway   17th Floor
City/State/ZIP ▼
New York, NY   10006

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶ Globecon Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1998—20,000          ♻ PRINTED ON RECYCLED PAPER          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/60,038

**FEE CHANGES**
Registration filing fees are effective through June 30, 1999. For information on the fee changes, write the Copyright Office, check http://www.loc.gov/copyright, or call (202) 707-3000. Beginning as early as the Copyright Office may charge when insufficient fe



102735184

**FORM SE/GROUP** 
UNITED STATES COPYRIGHT OFFICE
REGISTR

TX 4-911-465

*TX0004911465*

**EFFECTIVE DATE OF REGISTRATION**

*Feb 12 1999*

**APPLICATION RECEIVED**
FEB 1 2 1999

**ONE DEPOSIT RECEIVED**
FEB 1 2 1999

**EXAMINED BY** *mc*          **CORRESPONDENCE** ☐

DO NOT WRITE ABOVE THIS LINE.

# 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼**   Skills & Applications                    **ISSN▼**

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | October 1998 | October 1, 1998 |
| 3. | | | | |
| 4. | | | November 1998 | November 1, 1998 |
| 5. | | | | |
| 6. | | | December 1998 | December 1, 1998 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

# 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

The Globecon Group, Ltd.   115 Broadway, NY NY 10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION\*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Michael Himes*        Typed or printed name   Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶  Michael Himes                  Daytime telephone ▶ 212 608-1160
Address (if other than given below) ▶
Fax ▶                          Email ▶

| Certificate will be mailed in window envelope to this address: | **Name▼**  Micheal Himes   The Globecon Group |
|---|---|
| | **Number/Street/Apt▼**  115 Broadway   17th Floor |
| | **City/State/ZIP▼**  New York, NY   10006 |

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶ Globecon Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1998—20,000          ♻ PRINTED ON RECYCLED PAPER          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/80,038

Case 1:02-cv-02317-... Document 24 Filed 05/31/20... Page 31 of 60

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼

*Techniques & Predots*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 1 | 2 | October 1987 | monthly |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

NAME OF AUTHOR ▼

a  *The Globecon Group Ltd*

AUTHOR'S NATIONALITY OR DOMICILE
*U.S.A. (corporation)*

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NAME OF AUTHOR ▼

b

NAME OF AUTHOR ▼

**3**

THIS IS A WORK COMPLETED THIS INFORMATION
YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
1987

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
United States of America

**4**

COPYRIGHT CLAIMANT(S)

*The Globecon Group Ltd*   71 Murray St
New York, NY 10007

MORE ON BACK ▶

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

TX 3 474 283

11    16    1992

\* Amended by C.O. Authority phone call of 2/9/93 with Megan Karlen.

DO NOT WRITE ABOVE THIS LINE.

# 1

List in order of publication

TITLE ▼

**Techniques & Products**

| Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|
| 1. | | January 1992 | 19 January 1992 |
| 2. | | February 1992 | 19 February 1992 |
| 3. | | March 1992 | 19 March 1992 |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

# 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

Gerald Krauss
The Globecon Group, Ltd.        71 Murray Street  N.Y. N.Y. 10007

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION:

Signature (X)                                Typed or printed name  Megan Karlen

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name▶ Megan Karlen
Daytime telephone number▶ 212-688-1160
Address (if other than given below)▶

DEPOSIT ACCOUNT
Account number▶ DA033239
Name of account▶
Globecon Group Limited

MAIL CERTIFICATE TO

Name▼
Megan Karlen        The Globecon Group, Ltd.

Number/Street/Apartment Number▼
71 Murray Street        10th floor

City/State/ZIP▼
New York, NY 10007

054295407

**FORM SE/GROUP** ■
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 3 459 077

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

11      16      92
Month   Day    Year

2ND CANCELLATION RECEIVED
NOV 16 1992      FEB. 18 1993

ONE AMOUNT RECEIVED
NOV 16 1992

EXAMINED BY      CORRESPONDENCE ☑

DO NOT WRITE ABOVE THIS LINE.

---

**1**
List in order of publication

TITLE ▼

Techniques & Products

| | Volume▼ | Number▼ | Issue date on copies▼ | | Month, day and year of publication ▼ |
|---|---|---|---|---|---|
| 1. | | | April 1992 | | April 1, 1992 |
| 2. | | | May 1992 | | May 1, 1992 |
| 3. | | | June 1992 | | June 1, 1992 |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |

---

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

The Globecon Group, Ltd.      71 Murray Street N.Y. N.Y. 10007

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)                                    Typed or printed name  Megan Karlen

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM        DEPOSIT ACCOUNT

Name▶ Megan Karlen                              Account number▶ DA073229
Daytime telephone number▶ 212-688-1168          Name of account
Address (if other than given below)▶            Globecon Group Limited

05425418

---

MAIL CERTIFICATE TO

Name▼
Megan Karlen    The Globecon Group, Ltd.

Certificate will be mailed in window envelope

Number/Street/Apartment Number▼
71 Murray Street    10th floor

City/State/ZIP▼
New York, NY    10007

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

# FORM SE/GROUP ■

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 3 469 993

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

## NOV 16 1992

Month        Day        Year

APPLICATION RECEIVED
NOV 16 1992

ONE DEPOSIT RECEIVED
NOV 16 1992

EXAMINED BY ☑    CORRESPONDENCE ☐

\* Amended by C.O.  Authority of telephone call
on February 12, 1993 with Megan Karlen.

DO NOT WRITE ABOVE THIS LINE.

# 1

List
in order of
publication

**TITLE ▼**

### Techniques & Products

| Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|
| 1. | | July 1992 | \*1. July 1992 |
| 2. | | August 1992 | \*1. August 1992 |
| 3. | | September 1992 | \*1. September 1992 |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

# 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

~~Gerald Hosmer~~

The Globecon Group, Ltd.    71 Murray Street NY NY 10007

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that I have deposited two complementary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____    Typed or printed name ▶ Megan Karlen

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Megan Karlen
Daytime telephone number ▶ 212-608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**

Account number ▶ DA071229
Name of account ▶
Globecon Group Limited

0542954729

**MAIL CERTIFICATE TO**

Name ▼
Megan Karlen    The Globecon Group, Ltd.

Number/Street/Apartment Number ▼
71 Murray Street    10th floor

City/State/ZIP ▼
New York, NY    10007

Certificate
will be
mailed
in window
envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989—30,000
● U.S. GOVERNMENT PRINTING OFFICE: 1989-282-170/80,003

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

TI  3  474  282

12    16    1992

DEC 16 1992

DEC 16 1992

* Amended by C.O. Authority phone call of 2/9/93 with
Megan Karlen

DO NOT WRITE ABOVE THIS LINE.

TITLE ▼

Techniques & Products

| | | Issue date on copies | | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | October 1992 | 1* | October 1992 |
| 3. | | November 1992 | 1* | November 1992 |
| 4. | | December 1992 | 1* | December 1992 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

The Globecon Group, Ltd.    71 Murray Street    N.Y. N.Y. 10007

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION*

Signature (X)        Typed or printed name    Megan Karlen

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Megan Karlen
Daytime telephone number ▶ 212-688-1160
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶
Name of account ▶ Globecon Group Limited

MAIL CERTIFICATE TO

Name ▼
Megan Karlen
The Globecon Group, Ltd.
Number/Street/Apartment Number ▼
71 Murray Street        10th Floor
City/State/ZIP ▼
New York, NY        10007

055312975

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

TX 3 539 436

EFFECTIVE DATE OF REGISTRATION
(Provided by Copyright Office)

5 month 5 day 93 year
NOV 05 1993

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

**TITLE ▼**

Techniques & Products

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | January 1993 | January 1, 1993 |
| 3. | | | February 1993 | February 1, 1993 |
| 4. | | | March 1993 | March 1, 1993 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

The Globecon Group, Ltd.        71 Murray Street    NY NY 10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼       Domicile ▼       Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application...

Signature (X)                    Typed or printed name ▶ Megan Karlen

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Megan Karlen    The Globecon Group, Ltd.
Daytime telephone number ▶    (212) 608-1160
Address (if other than given below) ▶    Globecon Group, Ltd.

**DEPOSIT ACCOUNT**
Account number ▶ DA093029
Name of account ▶ Globecon Group, Ltd.

**MAIL CERTIFI-CATE TO**

Name ▼
Megan Karlen    The Globecon Group, Ltd.
Number/Street/Apt ▼
71 Murray Street    10th floor
City/State/ZIP ▼
New York, NY    10007

April 1991—100,000

* U.S. GOVERNMENT PRINTING OFFICE

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 3 629 345

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

SEP 27 1993

APPLICATION RECEIVED
SEP 27 1993

ONE DEPOSIT RECEIVED
SEP 27 1993

EXAMINED BY                    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** List in order of publication

TITLE ▼

**TECHNIQUES & PRODUCTS**

ISSN ▼

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | July 1993 | July 1, 1993 |
| 3. | | | August 1993 | August 1, 1993 |
| 4. | | | September 1993 | September 1, 1993 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

The Globecon Group, Ltd.                    71 Murray Street, New York, NY 10007

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____          Typed or printed name ▶ **Megan Karlen**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Megan Karlen

Daytime telephone number ▶          (212) 608-1160

Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶          DA073229

Name of account ▶          Globecon Group, Ltd.

06051-9002

MAIL CERTIFI-CATE TO

Certificate will be mailed in window envelope

Name ▼
Megan Karlen          The Globecon Group, Ltd.

Number/Street/Apartment Number ▼
71 Murray Street          10th floor

City/State/ZIP ▼
New York, NY 10007

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000          ✩ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,003

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

RE

TX 3-668-332

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

**JUL 19 1993**
Month     Day     Year

APPLICATION RECEIVED
JUL 19 1993

ONE DEPOSIT RECEIVED
JUL 19 1993

EXAMINED BY                    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1
**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼**                                              ISSN▼

Techniques & Products

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | April 1993 | April 1, 1993 |
| 3. | | | | |
| 4. | | | May 1993 | May 1, 1993 |
| 5. | | | June 1993 | June 1, 1993 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2
**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.          71 Murray St. NY, NY 10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____     Typed or printed name  Megan Karlen

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**          **DEPOSIT ACCOUNT**

Name▶ Megan Karlen                                          Account number▶ DA073229
Daytime telephone number▶  (212) 608-1160                    Name of account▶
Address (if other than given below) ▶                        Globecon Group Ltd.

**MAIL CERTIFI-CATE TO**

Name▼
Megan Karlen     The Globecon Group, Ltd.

Number/Street/Apartment Number▼
71 Murray Street          10th floor

City/State/ZIP▼
New York, NY     10007

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a☒ Copies and Phonorecords
b☐ Copies Only
c☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000

☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—282-170/20,016

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX  3 694 633**

EFFECTIVE DATE OF REGISTRATION

12    21    93

APPLICATION RECEIVED

DEC 20 1993

DEPOSIT RECEIVED

DEC 20 1993

CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

**1**
List in order of publication

TITLE ▼

**TECHNIQUES & PRODUCTS**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | October 1993 | October 1, 1993 |
| 3. | | | November 1993 | November 1, 1993 |
| 4. | | | December 1993 | December 1, 1993 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

The Globecon Group, Ltd.          71 Murray Street N.Y., N.Y. 10007

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant or the works identified in this application, that all the conditions specified on the instructions on the back of this form are met, that I have deposited two complete subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge

Signature (X)          Typed or printed name  Megan Harlan

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶  Megan Harlan

Daytime telephone number ▶   212-608-1160

Address (if other than given below) ▶

DEPOSIT ACCOUNT

Account number  DA073229

Name of account

Globecon Group

**MAIL CERTIFICATE TO**

Name ▼

Megan   Harlan    The Globecon Group

Number/Street/Apartment Number ▼

71 Murray Street    10th Floor

City/State/ZIP ▼

New York, NY    10007

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS

a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Certificate will be mailed in window envelope

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000

• U.S. GOVERNMENT PRINTING OFFICE 1991-282-170/20033

# FORM SE/GROUP

UNITED STATES COPYRIGHT OFFICE

RE

**TX 3-837-610**

*T13003837610*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| MARCH | 21 | 1994 |
|-------|-----|------|
| Month | Day | Year |

APPLICATION RECEIVED

MAR 21 1994

ONE DEPOSIT RECEIVED

MAR 21 1994

EXAMINED BY ___  CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1
List in order of publication

No previous registration

*06306915*

04306975

TITLE ▼   **TECHNIQUES & PRODUCTS**   ISSN ▼

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|----|---------|---------|----------------------|--------------------------------------|
| 1. | | | | |
| 2. | | | January 1994 | January 1, 1994 |
| 3. | | | | |
| 4. | | | February 1994 | February 1, 1994 |
| 5. | | | | |
| 6. | | | March 1994 | March 1, 1994 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.    71 Murray Street   N.Y. N.Y. 10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:**    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____    Typed or printed name **Megan Karlen**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name▶ Megan Karlen
Daytime telephone number▶ 212-608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number▶ DA073229
Name of account▶ Globecon Group

**MAIL CERTIFICATE TO**

Name▼
Megan Karlen   The Globecon Group, Ltd.
Number/Street/Apartment Number▼
71 Murray Street   10th floor
City/State/ZIP▼
New York, NY   10007

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000    ✩ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,008

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE 

**TX 3-818-910**

(Assigned by Copyright Office)

| JULY | 01 | 1994 |
|------|-----|------|
| Month | Day | Year |

APPLICATION RECEIVED

JUL 01 1994

ONE DEPOSIT RECEIVED

JUL 01 1994

EXAMINED BY                              CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1
List in order of publication

No previous registration under identical title

TITLE ▼                                    ISSN ▼

**TECHNIQUES & PRODUCTS**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | April 1994 | April 1, 1994 |
| 2. | | | | |
| 3. | | | May 1994 | May 1, 1994 |
| 4. | | | | |
| 5. | | | June 1994 | June 1, 1994 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

The Globecon Group, Ltd.          71 Murray Street, N.Y. N.Y. 10007

FOR NON-U.S. WORKS: Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION*:**    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)                              Typed or printed name  **Megan Karlen**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ **Megan Karlen**

Daytime telephone number ▶    **(212) 608-1160**

Address (if other than given below) ▶

**DEPOSIT ACCOUNT**

Account number ▶ **DA073229**

Name of account ▶

**Globecon Group**

| MAIL CERTIFICATE TO | Name ▼ | |
|---|---|---|
| | Megan Karlen | The Globecon Group, Ltd. |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ | |
| | 71 Murray Street | 10th floor |
| | City/State/ZIP ▼ | |
| | New York, NY | 10007 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**

a ☐ Copies and Phonorecords

b ☐ Copies Only

c ☐ Phonorecords Only

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000                    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,008

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

**TX 3-916-045**

*TX000 316045*

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
| 10 | 11 | 94 |

**APPLICATION RECEIVED**
OCT 11 1994

**ONE DEPOSIT RECEIVED**
OCT 11 1994

EXAMINED BY _mrc_      CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**                                    ISSN ▼

TECHNIQUES & PRODUCTS

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|----|---------|----------|------------------------|--------------------------------------|
| 1. | | | | |
| 2. | | | JULY 1994 | July 1, 1994 |
| 3. | | | AUGUST 1994 | August 1, 1994 |
| 4. | | | | |
| 5. | | | SEPTEMBER 1994 | September 1, 1994 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.    71 Murray Street  N.Y. N.Y.  10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____        Typed or printed name  **Megan Karlen**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Megan Karlen
Daytime telephone number ▶ 212-608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶
Globecon Group

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Megan Karlen  The Globecon Group, Ltd.
Number/Street/Apartment Number ▼
71 Murray Street          10th floor
City/State/ZIP ▼
New York, N.Y.   10007

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☒ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000        ☼ U.S. GOVERNMENT PRINTING OFFICE: 1991—282-170/20,016

**FORM SE/GROUP** ℗

UNITED STATES COPYRIGHT OFFICE
REGISTR

TX 4-005-330

*TX3004005330*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

4      26      95
Month    Day    Year

APPLICATION RECEIVED
APR 26 1995

ONE DEPOSIT RECEIVED
APR 26 1995

EXAMINED BY   *HWD*   CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

**1**
List in order of publication

No previous registration under identical title ☐

TITLE ▼   *Techniques + Products*                    ISSN▼

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | *October 1994* | *October 1, 1994* |
| 3. | | | *November 1994* | *November 1, 1994* |
| 4. | | | | |
| 5. | | | *December 1994* | *December 1, 1994* |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

*The Globecon Group, Ltd.   71 Murray St. N.Y. N.Y. 10007*

*07262959*

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION***: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____ Typed or printed name *MEGAN KARLEN* _____

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name▶ *MEGAN KARLEN*
Daytime telephone number▶ *212 - 608 - 1160*
Address (if other than given below)▶

DEPOSIT ACCOUNT
Account number▶ *DA073229*
Name of account▶
*Globecon Group*

MAIL CERTIFICATE TO

Name▼ *Megan Karlen - The Globecon Group*
Number/Street/Apartment Number▼ *71 Murray St. 10th floor*
City/State/ZIP▼ *New York, NY 10007*

Certificate will be mailed in window envelope

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☒ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000                    ● U.S. GOVERNMENT PRINTING OFFICE: 1991–282-170/20,015

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

F

TX 4-048-042

*TX0004048042*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 4 | 26 | 95 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
APR 26 1995

ONE DEPOSIT RECEIVED
4-26-95

EXAMINED BY AWD        CORRESPONDENCE ☑

*Deleted by C.O. Authority telephone call of 7/18/95
with Megan Karlen of The Globecon Group Ltd.
**DO NOT WRITE ABOVE THIS LINE.**

# 1

**List in order of publication**

No previous registration under this identical title

**TITLE ▼**                                    **ISSN ▼**

TECHNIQUES & PRODUCTS

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | January 1995 | January 1, 1995 |
| 3. | | | | |
| 4. | | | February 1995 | February 1, 1995 |
| 5. | | | | |
| 6. | | | *March 1995 | *March 1, 1995 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group , Ltd.     71 Murray Str. N.Y., N.Y. 10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)                         Typed or printed name  Megan Karlen

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶  Megan Karlen
Daytime telephone number ▶  212-608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶  DA073229
Name of account ▶  Globecon Group

**MAIL CERTIFI-CATE TO**

Name ▼  Megan Karlen  The Globecon Group, Ltd.

Number/Street/Apartment Number▼

**Certificate will be mailed in window envelope**

71 Murray Str.   10th floor

City/State/ZIP▼

New York, NY   10007

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☒ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000                                    U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170 20 016

# FORM SE/GROUP
**UNITED STATES COPYRIGHT OFFICE**

REG

TX 4-165-251

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 12 | 4 | 95 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
DEC 0 4 1995

ONE DEPOSIT RECEIVED
DEC 0 4 1995

EXAMINED BY _HWD_    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

TITLE ▼                                    ISSN ▼

*Techniques & Solutions*

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | *April 1995* | *April 1, 1995* |
| 4. | | | | |
| 5. | | | *May 1995* | *May 1, 1995* |
| 6. | | | | |
| 7. | | | *June 1995* | *June 1, 1995* |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

*The Globecon Group, Ltd.,    71 Murray St. N.Y. N.Y. 10007*

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _[signature]_          Typed or printed name  *Megan Karlen*

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM          DEPOSIT ACCOUNT

Name ▶  *Megan Karlen*          Account number ▶  *DA073229*
Daytime telephone number ▶  *212 608-1160*          Name of account ▶
Address (if other than given below) ▶          *Globecon Group*

| MAIL CERTIFI-CATE TO | Name ▼  *Megan Karlen    The Globecon Group, Ltd.* | REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼  *71 Murray St. 10th floor*  City/State/ZIP ▼  *New York, NY 10007* | a ☒ Copies and Phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only |

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

# FORM SE/GROUP

TX 4-185-261

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

**DEC 0 6 1995**

Month    Day    Year

**APPLICATION RECEIVED**
DEC 0 6 1995

**ONE DEPOSIT RECEIVED**
DEC 0 6 1995

EXAMINED BY _MRC_    CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

## 1

**List in order of publication**

No previous registration under identical title ☐

TITLE ▼    **Techniques & Solutions**    ISSN ▼

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | July 1995 | July 1, 1995 |
| 3. | | | | |
| 4. | | | August 1995 | August 1, 1995 |
| 5. | | | | |
| 6. | | | September 1995 | September 1, 1995 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.  71 Murray St. N.Y. N.Y. 10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____    Typed or printed name    **Megan Karlen**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶    Megan Karlen
Daytime telephone number ▶    212 608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶    DA073229
Name of account ▶    Globecon Group

---

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼    Megan Karlen    The Globecon Group, Ltd.
Number/Street/Apartment Number ▼    71 Murray St., 10 th Floor
City/State/ZIP ▼    New York, NY    10007

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☒ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

TX 4-184-332

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 1 | 3 | 96 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
JAN 03.1996

ONE DEPOSIT RECEIVED
JAN 03.1996

EXAMINED BY _LMS_    CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

**1**
**List in order of publication**

TITLE ▼    Techniques & Solutions    ISSN ▼

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | October 1995 | October 1, 1995 |
| 3. | | | | |
| 4. | | | November 1995 | November 1, 1995 |
| 5. | | | | |
| 6. | | | December 1995 | December 1, 1995 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

The Globecon Group, Ltd. 71 Murray St., N.Y. N.Y. 10007

FOR NON-U.S. WORKS: Author's citizenship ▼    Domicile ▼    Nation of publication ▼

CERTIFICATION*:    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____    Typed or printed name _____ Megan Karlen _____

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ _Megan Karlen_

Daytime telephone number ▶ _212 608-1160_

Address (if other than given below) ▶ _

DEPOSIT ACCOUNT

Account number ▶ _DA073229_

Name of account ▶ _Globecon Group_

MAIL CERTIFICATE TO

Name ▼
Megan Karlen The Globecon Group, Ltd.
Number/Street/Apartment Number ▼
71 Murray St. 10th Floor
City/State/ZIP ▼
New York, NY. 10007

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS

a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Certificate will be mailed in window envelope

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000    ★ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

# FORM SE/GROUP 

TX 4-271-755

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| JUNE | 06 | 1996 |
|------|-----|------|
| Month | Day | Year |

APPLICATION RECEIVED
JUN 06 1996
ONE DEPOSIT RECEIVED
JUN 06 1996

EXAMINED BY _mc_    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE ▼                                                    ISSN ▼

List in order of publication

_TECHNIQUES & SOLUTIONS_

No previous registration under identical title ☐

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | _January 1996_ | _January 1, 1996_ |
| 3. | | | | |
| 4. | | | _February 1996_ | _February 1, 1996_ |
| 5. | | | | |
| 6. | | | _March 1996_ | _March 1, 1996_ |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

_The Globecon Group, Ltd.    71 Murray St.  N.Y. N.Y. 10007_

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION\*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____    Typed or printed name ▶ _Megan Karlen_

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ _Megan Karlen_
Daytime telephone number ▶ _212 608-1160_
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶ _DA073229_
Name of account ▶
_Globecon Group_

**MAIL CERTIFICATE TO**

Name ▼
_Megan Karlen    The Globecon Group, Ltd._

Number/Street/Apartment Number ▼
_71 Murray St. 10th floor_

City/State/ZIP ▼
_New York, N.Y. 10007_

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000                                                    ★ U.S. GOVERNMENT PRINTING OFFICE: 1991–282-170/20,016

# FORM SE/GROUP 
UNITED STATES COPYRIGHT OFFICE

**TX 4-319-321**

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| 8 | 12 | 96 |
|---|----|----|
| Month | Day | Year |

**APPLICATION RECEIVED**
AUG 12 1996

**ONE DEPOSIT RECEIVED**
AUG 12 1996

EXAMINED BY    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**TITLE ▼**                                        **ISSN ▼**

List in order of

## TECHNIQUES & SOLUTIONS

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | April 1996 | April 1, 1996 |
| 5. | | | | |
| 6. | | | May 1996 | May 1, 1996 |
| 7. | | | | |
| 8. | | | June 1996 | June 1, 1996 |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.    71 Murray St., N.Y. N.Y. 10007

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)                    Typed or printed name . **Megan Karlen**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name▶    Megan Karlen

Daytime telephone number▶    212 608-1160

Address (if other than given below) ▶

**DEPOSIT ACCOUNT**

Account number▶ . DA073229

Name of account▶

Globecon Group

**MAIL CERTIFICATE TO**

Name▼

Megan Karlen    The Globecon   Group, Ltd.

Number Street Apartment Number▼

71 Murray St.    10th floor

City State ZIP▼

New York, NY 10007

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**

a ☐ Copies and Phonorecords

b ☐ Copies Only

c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Apr. 1991  100,000

• U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

098843350

TX 4-668-665

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

12      8      1997
Month   Day    Year

**APPLICATION RECEIVED**
APR 14 1998

**ONE DEPOSIT RECEIVED**
APR 14 1998

**EXAMINED BY**           **CORRESPONDENCE**

**DO NOT WRITE ABOVE THIS LINE.**

**1**

**List in order of publication**

No previous registration under identical title

**TITLE ▼**   Techniques & Solutions              **ISSN ▼**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | January 1997 | January 1, 1997 |
| 3. | | | | |
| 4. | | | February 1997 | February 1, 1997 |
| 5. | | | | |
| 6. | | | March 1997 | March 1, 1997 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.    115 Broadway, N.Y. N.Y.  10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION\*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)  Michael W. Himes        Typed or printed name  Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶  Michael Himes
Daytime telephone number ▶  212 608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶  DA073229
Name of account ▶  Globecon Group

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Michael Himes   The Globecon Group, Ltd.
Number/Street/Apartment Number ▼
115 Broadway   17th Floor
City/State/ZIP ▼
New York, NY 10006

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000                    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1990–282-170/20,008

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

098843361

**TX 4-668-666**

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| 12 | 8 | 1997 |
|---|---|---|
| Month | Day | Year |

**APPLICATION RECEIVED**
APR. 14. 1998

**ONE DEPOSIT RECEIVED**
APR. 14. 1998

EXAMINED BY    CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title

TITLE ▼    ISSN ▼

Techniques & Solutions

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | April 1997 | April 1, 1997 |
| 3. | | | | |
| 4. | | | May 1997 | May 1, 1997 |
| 5. | | | | |
| 6. | | | June 1997 | June 1, 1997 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.    115 Broadway, N.Y. N.Y. 10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)    Michael V. Himes    Typed or printed name  Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶  Michael Himes
Daytime telephone number ▶  212 608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶  DA073229
Name of account ▶
  Globecon Group

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
  Michael Himes   The Globecon Group, Ltd.
Number/Street/Apartment Number ▼
  115 Broadway   17th Floor
City/State/ZIP ▼
  New York, NY  10006

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,008

098843372

# FORM SE/GROUP 
UNITED STATES COPYRIGHT OFFICE

**TX 4-668-667**

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

12        8        1997
Month    Day      Year

**APPLICATION RECEIVED**
APR. 14. 1998

**ONE DEPOSIT RECEIVED**
APR. 14. 1998        12/8/97

**EXAMINED BY**        **CORRESPONDENCE** ☑

DO NOT WRITE ABOVE THIS LINE.

---

## 1

**List in order of publication**

**No previous registration under identical title**

**TITLE ▼**    Techniques & Solutions        **ISSN ▼**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | July, 1997 | July 1, 1997 |
| 3. | | | | |
| 4. | | | August, 1997 | August 1, 1997 |
| 5. | | | | |
| 6. | | | September, 1997 | September 1, 1997 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

---

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.    115 Broadway, N.Y. N.Y. 10006

**FOR NON-U.S. WORKS:** Author's citizenship ▶        Domicile ▼        Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)  *Michael V. Himes*        Typed or printed name  Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶  Michael Himes

Daytime telephone number ▶  212 608-1160

Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▼
Globecon Group

---

**MAIL CERTIFICATE TO**

Name ▼  Michael Himes  The Globecon Group

Number/Street/Apartment Number ▼  115 Broadway  17th Floor

City/State/ZIP ▼  New York, NY 10006

**Certificate will be mailed in window envelope**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000        ☆ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,008

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

**TX 4-673-998**

099515324

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

4 / 14 / 98
Month / Day / Year

**APPLICATION RECEIVED**
APR. 14. 1998

**ONE DEPOSIT RECEIVED**
APR. 14. 1998

EXAMINED BY                    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

---

**1**

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**     Techniques & Solutions        **ISSN ▼**

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | October, 1997 | October, 1, 1997 |
| 3. | | | | |
| 4. | | | November, 1997 | November, 1, 1997 |
| 5. | | | | |
| 6. | | | December, 1997 | December, 1, 1997 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

---

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.     115 Broadway, NY NY 10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

---

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) *Michael Himes*        Typed or printed name  Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**          **DEPOSIT ACCOUNT**
Name▶  Michael Himes                                               Account number▶ DA073229
Daytime telephone number▶  212 608-1160                            Name of account▶
Address (if other than given below) ▶                              Globecon Group

---

**MAIL CERTIFI-CATE TO**

| Name▼ |
|---|
| Micheal Himes  The Globecon Group, Ltd. |

Number/Street/Apartment Number▼
115 Broadway   17th Floor
City/State/ZIP▼
New York, NY 10006

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000                                                   ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,018

 

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE



TX 4-660-547



098749523

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

4 Month   14 Day   98 Year

**APPLICATION RECEIVED**
APR 14.1998

**ONE DEPOSIT RECEIVED**
APR 14.1998

| EXAMINED BY | CORRESPONDENCE |
|---|---|

**DO NOT WRITE ABOVE THIS LINE.**

## 1
**List in order of publication**

No previous registration under identical title

**TITLE ▼**          **ISSN▼**

Techniques & Solutions

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | January 1998 | January 1, 1998 |
| 3. | | | | |
| 4. | | | February 1998 | February 1, 1998 |
| 5. | | | | |
| 6. | | | March 1998 | March 1, 1998 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2
**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.   115 Broadway, NY NY   10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) *Michael Himes*          Typed or printed name   Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name▶ Michael Himes
Daytime telephone number▶ 212 608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number▶ DA073229
Name of account▶
Globecon Group

**MAIL CERTIFICATE TO**

Name▼
Michael Himes   The Globecon Group, Ltd.
Number/Street/Apartment Number▼
115 Broadway   17th Floor
City/State/ZIP▼
New York, NY   10006

Certificate will be mailed in window envelope

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,008

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

REGI **TX 4-761-319**

*TX0004761319*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

12    8    1997
Month    Day    Year

APPLICATION RECEIVED
DEC 08 1997

ONE DEPOSIT RECEIVED
DEC 08 1997

EXAMINED BY ☑    CORRESPONDENCE ☐

100250297

* Regrouped in 3 month intervals by C.O.

**DO NOT WRITE ABOVE THIS LINE.**

**1** List in order of publication

No previous registration made for identical title ☐

TITLE ▼    ISSN▼

Techniques & Solutions

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | July, 1996 | July 1, 1996 |
| 4. | | | | |
| 5. | | | August, 1996 | August 1, 1996 |
| 6. | | | | |
| 7. | | | September, 1996 | September 1, 1996 |
| 8. | | | | |
| 9. | | | October, 1996 | October 1, 1996 * |
| 10. | | | | |
| 11. | | | November, 1996 | November 1, 1996 * |
| 12. | | | | |
| 13. | | | December, 1996 | December 1, 1996 * |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.    115 Broadway, N.Y. N.Y. 10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

092706164

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _Michael W. Himes_    Typed or printed name    Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Michael Himes
Daytime telephone number ▶ 212 608-1160
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶ Globecon Group

**MAIL CERTIFICATE TO**
Name ▼
Michael Himes    The Globecon Group, Ltd.
Number/Street/Apartment Number▼
115 Broadway    17th Floor
City/State/ZIP▼
New York, NY 10006

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,006

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

REG **TX 4-761-320**

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| 12 | 8 | 1997 |
|----|----|----|
| Month | Day | Year |

APPLICATION RECEIVED
DEC 08 1997

ONE DEPOSIT RECEIVED
DEC 08 1997

EXAMINED BY _____  CORRESPONDENCE ☐

`100250286`

\* Regrouped in 3 month intervals by C.O.

DO NOT WRITE ABOVE THIS LINE.

**1**
List in order of publication

No previous registration under identical title

TITLE ▼                                                    ISSN ▼

Techniques & Solutions

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | July, 1996 | July 1, 1996 * |
| 4. | | | | |
| 5. | | | August, 1996 | August 1, 1996 * |
| 6. | | | | |
| 7. | | | September, 1996 | September 1, 1996 * |
| 8. | | | | |
| 9. | | | October, 1996 | October 1, 1996 |
| 10. | | | | |
| 11. | | | November, 1996 | November 1, 1996 |
| 12. | | | | |
| 13. | | | December, 1996 | December 1, 1996 |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

The Globecon Group, Ltd.    115 Broadway, N.Y. N.Y. 10006

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _Michael W. Himes_        Typed or printed name  Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶  Michael Himes

Daytime telephone number ▶  212 608-1160

Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶  DA073229
Name of account ▶
        Globecon Group

**MAIL CERTIFICATE TO**

Name ▼
Michael Himes    The Globecon Group, Ltd.

Number/Street/Apartment Number ▼
115 Broadway    17th Floor

City/State/ZIP ▼
New York, NY 10006

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—30,000        ☆ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,008



099431891

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE
RE

TX 4-711-238

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **6** Day **23** Year **98**

APPLICATION RECEIVED
JUN. 23. 1998

ONE DEPOSIT RECEIVED
JUN. 23. 1998

EXAMINED BY _____    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

# 1

**List in order of publication**

No previous registration under identical title ☐

TITLE ▼

Techniques & Solutions

ISSN ▼

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | April 1998 | April 1, 1998 |
| 3. | | | | |
| 4. | | | May 1998 | May 1, 1998 |
| 5. | | | | |
| 6. | | | June 1998 | June 1, 1998 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

# 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE

The Globecon Group, Ltd.   115 Broadway, NY NY   10006

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION[4]:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X) _____    Typed or printed name   Michael Himes

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name▶ Michael Himes
Daytime telephone number▶ 212 508-1160
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number▶ DA073229
Name of account▶ Globecon Group

MAIL CERTIFICATE TO

Name▼ Michael Himes  The Globecon Group, Ltd.
Number/Street/Apartment Number▼ 115 Broadway  17th Floor
City/State/ZIP▼ New York, NY  10006

Certificate will be mailed in window envelope

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

[4]17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1991—100,000                                    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,016

**FEE CHANGES**
Registration filing fees are effective through June 30, 1999. For information on the fee changes, write the Copyright Office, check http://www.loc.gov/copyright, or call (202) 707-3000. Beginning as early as Janua the Copyright Office may impose charge when insufficient fees are r


108223640

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE
REGI**S**

TX 4-911-468

EFFECTIVE DATE OF REGISTRATION

*December 04, 1998*

APPLICATION RECEIVED
DEC 04 1998
ONE DEPOSIT RECEIVED
DEC 04 1998
EXAMINED BY    *mc*    CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**
List in order of publication

No previous registration under identical title

TITLE ▼    Techniques & Solutions    ISSN▼

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|----|---------|---------|------------------------|----------------------------------------|
| 1. | | | | |
| 2. | | | July 1998 | July 1, 1998 |
| 3. | | | | |
| 4. | | | August 1998 | August 1, 1998 |
| 5. | | | | |
| 6. | | | September 1998 | September 1, 1998 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

---

**2**    NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

The Globecon Group, Ltd.    115 Broadway, NY NY    10006

FOR NON-U.S. WORKS: Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION**: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature (X)    *Michael Himes*    Typed or printed name    Michael Himes

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name ▶    Michael Himes    Daytime telephone ▶    212 608-1160
Address (if other than given below) ▶
Fax ▶    Email ▶

---

Certificate will be mailed in window envelope to this address:

Name▼    Michael Himes    The Globecon Group, Ltd.
Number/Street/Apt▼    115 Broadway    17th Floor
City/State/ZIP▼    New York, NY    10006

DEPOSIT ACCOUNT
Account number ▶    DA073229
Name of account ▶    Globecon Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1998—20,000    ♻ PRINTED ON RECYCLED PAPER    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/60,038

**FEE CHANGES**

Registration filing fees are effective through June 30, 1999. For information on the fee changes, write the Copyright Office, check http://www.loc.gov/copyright, or call (202) 707-3000. Beginning as early as January 1, 2000, the Copyright Office may charge when insufficient fee

102735173

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

REG'

**TX 4-911-460**

EFFECTIVE DATE OF REGISTRATION

*Feb 12 99*

APPLICATION RECEIVED
FEB 1 2 1999

ONE DEPOSIT RECEIVED
FEB 1 2 1999

EXAMINED BY    CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**

List in order of publication

No previous registration under identical title

**TITLE ▼**   Techniques & Solutions    **ISSN▼**

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | October 1998 | October 1, 1998 |
| 2. | | | | |
| 3. | | | November 1998 | November 1, 1998 |
| 4. | | | | |
| 5. | | | December 1998 | December 1, 1998 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

The Globecon Group, Ltd.   115 Broadway, NY NY 10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼      Nation of publication ▼

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Michael Himes*      Typed or printed name Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Michael Himes      Daytime telephone ▶ 212 608-1160
Address (if other than given below) ▶
Fax ▶       Email ▶

Certificate will be mailed in window envelope to this address:

Name▼
Michael Himes  The Globecon Group
Number/Street/Apt▼
115 Broadway   17th Floor
City/State/ZIP▼
New York, NY  10006

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶ Globecon Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1998—20,000      ♻ PRINTED ON RECYCLED PAPER      ☆ U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/60,038

**FEE CHANGES**
Registration filing fees are effective through
June 30, 1999. For information on the fee
changes, write the C:
http://www.loc.gov/co
3000. Beginning as ea
the Copyright Office
charge when insuffici


108194790

# FORM SE/GROUP
UNITED STATES COPYRIGHT OFFICE

**TX 4-940-912**

EFFECTIVE DATE OF REGISTRATION

**7-26-99**

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

EXAMINED BY *AWD*          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title

**TITLE ▼**   Techniques & Solutions          **ISSN ▼**

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | April 1999 | April 1, 1999 |
| 3. | | | | |
| 4. | | | May 1999 | May 1, 1999 |
| 5. | | | | |
| 6. | | | June 1999 | June 1, 1999 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

The Globecon Group, Ltd.   115 Broadway, NY NY   10006

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Michael Himes*        Typed or printed name   Michael Himes

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Michael Himes          Daytime telephone ▶ 212 608-1160
Address (if other than given below) ▶
Fax ▶                              Email ▶

**Certificate will be mailed in window envelope to this address:**

Name▼  Michael Himes   The Globecon Group
Number/Street/Apt ▼  115 Broadway   17th Floor
City/State/ZIP▼  New York, NY   10006

**DEPOSIT ACCOUNT**
Account number ▶ DA073229
Name of account ▶ Globecon Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §505(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1998—20,000          ♻ PRINTED ON RECYCLED PAPER          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/60,038