UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

GLOBECON GROUP, LLC,

                *Plaintiff,*

– against –

INTUITION PUBLISHING, INC. and
PATRICK PANCOAST,

                *Defendants,*
-----------------------------------------------------------

Case No. 07 Civ. 2817 (Marrero)
ECF Case

**CERTIFICATE OF SERVICE**

I, Jennifer L. Jones, an attorney associated with the law firm Proskauer Rose LLP, hereby certify, under penalty of perjury, that on this 31st day of May, 2007, I caused to be delivered, by overnight mail, true and correct copies of the Notice of Motion, Declaration of Jennifer L. Jones with exhibits, Declaration of Patrick Pancoast, and Memorandum of Intuition Publishing, Inc. in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction, on counsel for Plaintiff, Eric J. Rotbard, Esq., 81 Main Street, Suite 205, White Plains, New York 10601.

                                                      /s/ Jennifer L. Jones