USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-07

MARRERO

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBECON GROUP, LLC,

              Plaintiff,

-against-

INTUITION PUBLISHING, INC. and
PATRICK PANCOAST,

              Defendants.

07 Civ. 2817 (VM) Judge Marrero
ECF CASE

**STIPULATION REVISING BRIEFING
SCHEDULE FOR MOTION TO
DISMISS**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties, by their counsel, that the briefing schedule set for the motion to dismiss interposed by defendant INTUITION PUBLISHING, INC. ("Intuition") shall be revised as follows:

Plaintiff's Opposition to Defendants'    July 9, 2007
Motion to Dismiss

Defendant Intuition's Reply papers    July 27, 2007

No prior extensions have been sought herein.

SO STIPULATED,

ERIC J. ROTBARD, ESQ.

Attorney for Plaintiff
GLOBECON GROUP, LLC,

By Eric J. Rotbard (ER0750)
81 Main Street, Suite 205
White Plains, New York 10601
(914) 422-2500

Dated: June 8, 2007

PROSKAUER ROSE LLP

Attorneys for Defendant
INTUITION PUBLISHING, INC.

By Bertrand C. Sellier
1585 Broadway
New York, New York 10036-8299
(212) 969-3165

**IT IS SO ORDERED ON this** _____ day of June, 2007.

Hon. Victor Marrero, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June ____, 2007