AUG-02-2007 04:16 PM   ERIC J. ROTBARD, ESQ.   9146831279   P.02

# ERIC J. ROTBARD

ATTORNEY AT LAW*
81 MAIN STREET
SUITE 205
WHITE PLAINS, NEW YORK 10601

TELEPHONE: (914) 422-2500
FACSIMILE:   (914) 683-1279

*Member of the New York and New Jersey State Bars

August 2, 2007

**VIA FACSIMILE**

Hon. Victor Marrero
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-2-07

Re:   *Globecon v. Intuition Publishing, Inc. et al.*
      SDNY Docket No.: 07 Civ. 2817 (Marrero)

Dear Judge Marrero:

I am counsel for the plaintiff in the above matter. A motion to dismiss interposed by defendant Intuition Publishing, Inc. is currently pending before the Court. In light of the issues and concerns raised by Intuition in its motion to dismiss, plaintiff intends to amend its complaint. Plaintiff will further endeavor to draft the amended complaint in a manner acceptable to Intuition's counsel (from a legal sufficiency perspective). In light of this intention, Intuition's counsel has graciously agreed not to press for a decision of the pending motion, as the original complaint will be superseded and rendered moot by the amended complaint.

I am hoping to have a satisfactory amended complaint ready for filing within a week, and thus beg the indulgence of the Court to permit this extension. Thank you for your consideration of this application.

Very truly yours,

Eric Rotbard

EJR/jg

cc.: Charles Sims, Esq.

Request GRANTED. Plaintiff is authorized to file an amended complaint for which the time to file is extended to 8-10-07. Defendant's motion to dismiss the original complaint (Docket No. 3) is deemed withdrawn, without prejudice to renewal in the event an amended complaint is not filed as permitted herein.

SO ORDERED:

8-2-07
DATE           VICTOR MARRERO, U.S.D.J.