UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
GLOBECON GROUP, LLC.,

                Plaintiff,          :    07 Civ 2817

    - against -                    :    **ORDER**

INTUITION PUBLISHING, INC.,

                Defendant.
-------------------------------------------------------------X

**VICTOR MARRERO, United States District Judge.**

By Memo-endorsed Order dated August 13, 2007 the Court directed the Clerk of Court to enter judgment dismissing the complaint herein without prejudice and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of August 13, 2007 the Clerk of Court is directed to enter judgment dismissing the complaint herein without prejudice and to close this case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:     New York, New York
              21 August 2007

                                            VICTOR MARRERO
                                                U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-07