UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GLOBECON GROUP, LLC.,

                Plaintiff,

-V-

INTUITION PUBLISHING, INC.,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07

07 CIVIL 2817 (VM)

JUDGMENT

        Whereas, the Court having, on August 13, 2007, issued its Memo Endorsed Order directing the Clerk to enter judgment dismissing the complaint without prejudice and to close the case, after reviewing the docket and the docket indicating that no judgment had been made-up, the Court, then on August 21, 2007, having issued its Order directing the directing the Clerk to enter judgment dismissing the action with prejudice and closing the case, it is,

        **ORDERED, ADJUDGED AND DECREED,** That for the reasons stated in the Court's Memo Endorsed Order, dated August 13, 2007, and the Order dated August 21, 2007, the Clerk of the is directed to enter judgment dismissing the complaint without prejudice and closing the case.

**DATED: NEW YORK, NY**

        August 22, 2007

                                  J. Michael McMahon
                                  Clerk

                                  (By) Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____